UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, *individually and on behalf of all others similarly situated,*<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>UNIVERSAL NAVIGATION, d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, LLC, d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>                              Defendants. | 22 Civ. 2780 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 4, 2022, Plaintiffs filed a class action lawsuit on behalf of all persons who purchased any Tokens on the Exchange between April 5, 2021, and the present and were harmed thereby.  The complaint alleges violations of Section 5 of the Securities Exchange Act of 1933 (the "1933 Act"), 15 U.S.C. § 77e; Section 12(a)(1) of the 1933 Act, 15 U.S.C. § 77l(a)(1); Section 5 of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78e; Section 15(a)(1) of the 1934 Act, 15 U.S.C. § 78o(a)(1); Section 20 of the 1934 Act, 15 U.S.C. § 78t; and Section 29(b) of the 1934 Act, 15 U.S.C. § 78cc(b).

The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —

> (I) of the pendency of the action, the claims asserted therein, and the purported class period … .

15 U.S.C. § 78u-4(a)(3)(A)(i)(I).

It is hereby ORDERED that no later than **April 24, 2022**, Plaintiffs shall advise the Court in writing of the date and manner in which they published this notice.

SO ORDERED.

Dated: April 12, 2022
 New York, New York

*/s/ Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge