

James R. Serritella  
T/F: 212-960-8345  
jserritella@kandslaw.com

April 13, 2022

<u>Via ECF</u>

The Honorable Katherine Polk Failla  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2103  
New York, NY 10007

      Re: *Risley v. Universal Navigation Inc., et al.*, No. 1:22-cv-02780-KPF

Dear Judge Failla:

      We represent Plaintiff in the above-referenced action and write in response to this Court's order dated April 12, 2022 (ECF No. 16). Pursuant to 15 U.S.C. § 78u-4(a)(3)(A), on April 8, 2022, Plaintiff published the attached notice (Exhibit A) in Business Wire, a widely circulated national business-oriented wire service.

      Respectfully submitted,

      KIM & SERRITELLA LLP

      By:  /s/ James R. Serritella  
           James R. Serritella

      BARTON LLP

      By:  /s/ Christopher J. McNamara  
           Christopher J. McNamara

cc: All counsel of record via ECF

Attachment