UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>　　　　　　　Defendants. | Case No.: 22-cv-02780-KPF<br><br>**NOTICE OF APPEARANCE** |

　　**PLEASE TAKE NOTICE** that Roger E. Barton of Barton LLP, with offices located at 711 Third Avenue, 14th Floor, New York, New York, hereby appears on behalf of Plaintiff Nessa Risley in the above-captioned matter.

　　I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
　　　　April 13, 2022

BARTON LLP

/s/ *Roger E. Barton*
Roger E. Barton
BARTON LLP
711 Third Avenue, 14th Floor
New York, New York 10017
Tel: (212) 687-6262
Fax: (212) 687-3667
rbarton@bartonesq.com

*Attorney for Plaintiff*