UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NESSA RISLEY, individually and on behalf of  :
all others similarly situated,  :
  :
  :  22-cv-02780-KPF
                Plaintiff,  :
  :
  :
v.  :
  :
UNIVERSAL NAVIGATION INC. d/b/a  :
UNISWAP LABS, HAYDEN Z. ADAMS,  :  **NOTICE OF APPEARANCE**
PARADIGM OPERATIONS LP, AH CAPITAL  :
MANAGEMENT, L.L.C. d/b/a ANDREESSEN  :
HOROWITZ, and UNION SQUARE  :
VENTURES, LLC,  :
  :
                Defendants.  :
------------------------------------------------------------ X

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant AH Capital Management, L.L.C. dba Andreessen Horowitz in the above-captioned action:

> Susan E. Engel
> Latham & Watkins LLP
> 555 Eleventh Street, NW, Suite 1000
> Washington, D.C. 20004-1304
> Telephone: (212) 637-2200
> Email: susan.engel@lw.com

Dated: April 22, 2022
      Washington, D.C.

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Susan E. Engel
Susan E. Engel
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (212) 637-2200
Email: susan.engel@lw.com

*Attorneys for Defendant AH Capital Management, L.L.C.*