UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

NESSA RISLEY, individually and on behalf of all others similarly situated,

                    Plaintiff,

v.

UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,

                    Defendants.

------------------------------------------------------------ X

22-cv-02780-KPF

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant AH Capital Management, L.L.C. dba Andreessen Horowitz in the above-captioned action:

    Benjamin A. Naftalis
    Latham & Watkins LLP
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 906-1200
    Email: benjamin.naftalis@lw.com

Dated: April 22, 2022
       New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Benjamin A. Naftalis
Benjamin A. Naftalis
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: benjamin.naftalis@lw.com

*Attorneys for Defendant AH Capital Management, L.L.C.*