UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
NESSA RISLEY, individually and on behalf of : 
all others similarly situated, :
 :
                                              Plaintiff, :      22-cv-02780-KPF
 :
      v. :
 :
UNIVERSAL NAVIGATION INC. d/b/a :
UNISWAP LABS, HAYDEN Z. ADAMS, :     **NOTICE OF APPEARANCE**
PARADIGM OPERATIONS LP, AH CAPITAL :
MANAGEMENT, L.L.C. d/b/a ANDREESSEN :
HOROWITZ, and UNION SQUARE :
VENTURES, LLC, :
 :
                                            Defendants. :
------------------------------------------------------------ X

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant AH Capital Management, L.L.C. dba Andreessen Horowitz in the above-captioned action:

      Douglas K. Yatter
      Latham & Watkins LLP
      1271 Avenue of the Americas
      New York, New York 10020
      Telephone: (212) 906-1200
      Email: douglas.yatter@lw.com

Dated: April 22, 2022                          Respectfully Submitted,
       New York, New York

                                                 **LATHAM & WATKINS LLP**

                                                 <u>/s/ Douglas K. Yatter</u>
                                                 Douglas K. Yatter
                                                 1271 Avenue of the Americas
                                                 New York, New York 10020
                                                 Telephone: (212) 906-1200
                                                 Email: douglas.yatter@lw.com

                                                 *Attorneys for Defendant AH Capital*
                                                 *Management, L.L.C.*