UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>　　　　　　Defendants. | No. 1:22-cv-02780-KPF<br><br>**NOTICE OF APPEARANCE** |

　　PLEASE TAKE NOTICE that Aram M. Boghosian of Kim & Serritella LLP, with offices located at 3 Columbus Circle, 15th Floor, New York, New York hereby appears on behalf of Plaintiff Nessa Risley in the above-captioned matter.

　　I hereby certify that I am admitted to practice before this Court.

Dated:　New York, New York
　　　　May 20, 2022

KIM & SERRITELLA LLP

/s/ Aram M. Boghosian
Aram M. Boghosian
3 Columbus Circle, 15th Floor
New York, NY 10019
(212) 287-7144
aboghosian@kandslaw.com

Attorneys for Plaintiff Nessa Risley