UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>     Defendants. | No. 1:22-cv-02780-KPF<br><br>Honorable Katherine Polk Failla |

## NOTICE OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

PLEASE TAKE NOTICE that Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers respectfully move this Court (i) to appoint them lead plaintiffs in the above-captioned action and (ii) to approve their selection of Kim & Serritella LLP and Barton LLP as co-lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(3)(B)(i), 78u-4(a)(3)(B)(i).  A proposed order is being filed herewith.  In support of the motion, Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers rely upon (i) the accompanying memorandum of law, (ii) Declaration of James R. Serritella, and (iii) Declaration of Christopher J. McNamara.

PLEASE TAKE FURTHER NOTICE that, per the order of this Court (ECF No. 19), any opposition to this motion for appointment shall be served and filed by July 7, 2022.

Dated:  New York, New York
        June 7, 2022

Respectfully submitted,

| KIM & SERRITELLA LLP | BARTON LLP |
|---|---|
| By:  /s/ James R. Serritella<br>James R. Serritella<br>Aram M. Boghosian<br>110 W. 40th Street, 10th Floor<br>New York, NY 10018<br>212-960-8345<br>jserritella@kandslaw.com<br>aboghosian@kandslaw.com | By:  /s/ Christopher J. McNamara<br>Roger E. Barton<br>Christopher J. McNamara<br>Michael C. Ward<br>711 Third Avenue, 14th Floor<br>New York, NY 10017<br>212-687-6262<br>rbarton@bartonesq.com<br>cmcnamara@bartonesq.com<br>mward@bartonesq.com |