UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | No. 1:22-cv-02780-KPF<br><br>Honorable Katherine Polk Failla |

### DECLARATION OF JAMES R. SERRITELLA

James R. Serritella, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner at Kim & Serritella LLP. I am admitted to the bar of the State of New York, admitted to practice before this Court and am in good standing.

2. I respectfully submit this declaration in support of the motion of Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers for: (i) appointment as lead plaintiffs; and (ii) approval of lead plaintiffs' selection of lead counsel. The documents attached hereto are all true and correct copies.

3. A copy of the certification of Nessa Risley is attached hereto as **Exhibit 1**.

4. A copy of the certification of James Freeland is attached hereto as **Exhibit 2**.

5. A copy of the certification of Robert Scott is attached hereto as **Exhibit 3**.

6. A copy of the certification of Annie Venesky is attached hereto as **Exhibit 4**.

7. A copy of the certification of Andrew Cardis is attached hereto as **Exhibit 5**.

8. A copy of the certification of Dean Meyers is attached hereto as **Exhibit 6**.

9. The Firm Resume of Kim & Serritella LLP is attached hereto as **Exhibit 7**.

10. A copy of the notice published in Business Wire on April 8, 2022 is attached hereto as **Exhibit 8**.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
June 7, 2022

_____
James R. Serritella