# Exhibit 1

**CERTIFICATION OF NESSA RISLEY**
**IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, Nessa Risley, hereby certify under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint filed in this action and authorize the filing of a lead plaintiff motion on my behalf.

2. I did not purchase any of the tokens that are the subject of this action at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "'33 Act") or the Securities Exchange Act of 1934 (the "'34 Act").

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at a deposition and trial, if necessary.

4. My principal goal in jointly filing with other individuals for lead plaintiff is to achieve the best possible recovery for the class from all culpable parties. I agree to engage in the use of collective resources and to engage in joint decision-making to materially benefit and advance the interests of the class in this case. I do not anticipate any disagreements between myself and other individuals jointly filing this motion will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end, I will consult with our counsel to the extent necessary to fulfill my obligations to the class.

5. I purchased and/or sold the following tokens on the Uniswap exchange: Alphawolf Finance, Bezoge, BoomBaby.io, Ethereum Max, Matrix Samurai, and Rocket Bunny. To the best of my knowledge, the attached Appendix A lists my transactions in connection with these tokens.

1

6. During the three-year period preceding the date of this Certification, I have not sought to serve as a representative party on behalf of a class in any private action arising under the '33 Act or the '34 Act.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Dated: 06 / 01 / 2022

*Nessa Risley*
Nessa Risley

## APPENDIX A – RISLEY CERTIFICATION

## ALPHAWOLF FINANCE

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/31/2021 | 10:53 | Buy | 710,921,673.5 | $246.93 | $16.82 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Alphawolf Finance Bought | No. of Alphawolf Finance Sold | Value of Alphawolf Finance Purchased (USD) | Value of Alphawolf Finance Total Sold (USD) | Current Alphawolf Finance Holdings | Current Value of Alphawolf Finance Holdings | **Realized[1] Trading Loss** |
| 710,921,673.5 | 0 | $246.93 | 0 | 710,921,673.5 | $0 | **$263.75** |

---

[1] As used herein, "Realized Trading Loss" is inclusive of fees and calculated based on rescissory damages.

**BEZOGE EARTH**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/18/2021 | 15:15 | Buy | 207,363,828,948.42 | $63.89 | $58.54 |
| 5/29/2021 | 21:17 | Buy | 224,558,302,069.31 | $222.75 | $6.72 |
| 6/1/2021 | 13:12 | Buy | 421,933,303,090.92 | $413.35 | $13.71 |
| 7/11/2021 | 18:29 | Buy | 825,239,266,414.42 | $217.99 | $5.18 |
| 6/11/2021 | 20:04 | Sell | 432,781,554,944.60 | $116.97 | $5.87 |
| 6/11/2021 | 21:24 | Sell | 416,199,818,475.58 | $110.42 | $3.90 |
| 7/25/2021 | 19:12 | Sell | 810,874,574,740.91 | $115.45 | $12.78 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Bezoge Earth Bought | No. of Bezoge Earth Sold | Value of Bezoge Earth Purchased (USD) | Value of Total Sold (USD) | Current Bezoge Earth Holdings | Current Value of Bezoge Earth Holdings | **Realized Trading Loss** |
| 1,679,094,700,523.07 | $1,659,855,948,161.09 | $917.98 | $342.54 | 2,685,843.64 | $0 | **$682.14** |

**BOOM BABY.IO**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/18/2021 | 21:31 | Buy | 1,207,542,324.69 | $73.35 | $4.64 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Boom Baby.io Bought | No. of Boom Baby.io Sold | Value of Boom Baby.io Purchased (USD) | Value of Boom Baby.io Total Sold (USD) | Current Boom Baby.io Holdings | Current Value of Boom Baby.io Holdings | **Realized Trading Loss** |
| 1,207,542,324.69 | 0 | $73.35 | 0 | 1,207,542,324.69 | $0.20 | **$77.79** |

**ETHEREUM MAX**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/15/2021 | 9:00 | Buy | 2,382,632,751.17 | $31.42 | $44.08 |
| 5/15/2021 | 17:15 | Buy | 2,988,783,573.18 | $141.21 | $44.28 |
| 5/30/2021 | 9:41 | Buy | 599,717,579.64 | $232.16 | $7.14 |
| 6/2/2021 | 10:33 | Buy | 5,548,765,672.60 | $2,438.60 | $10.44 |
| 6/3/2021 | 14:06 | Buy | 3,280,722,537.69 | $486.39 | $10.39 |
| 6/16/2021 | 12:57 | Buy | 3,760,105,265.09 | $519.56 | $11.31 |
| 6/29/2021 | 9:12 | Buy | 14,977,773,313.04 | $1,090.52 | $8.90 |
| 6/23/2021 | 22:40 | Sell | 3,585,849,155.24 | $268.60 | $4.26 |
| 6/29/2021 | 22:38 | Sell | 14,094,795,343.34 | $705.75 | $12.38 |
| 7/29/2021 | 15:11 | Sell | 14,619,114,330.83 | $455.26 | $28.54 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Ethereum Max Bought | No. of Ethereum Max Sold | Value of Ethereum Max Purchased (USD) | Value of Ethereum Max Total Sold (USD) | Current Ethereum Max Holdings | Current Value of Ethereum Max Holdings | **Realized Trading Loss** |
| 33,538,500,692.41 | 32,299,758,829.41 | $4,939.86 | $1,429.61 | $176,575,926.90 | $0.69 | **$3,691.28** |

## MATRIX SAMURAI

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/12/2021 | 11:22 | Buy | 5,983.74 | $1,016.83 | $49.93 |
| 6/12/2021 | 11:39 | Buy | 1,459.80 | $241.18 | $25.89 |
| 6/12/2021 | 12:12 | Buy | 2,004.62 | $216.38 | $9.73 |
| 6/12/2021 | 12:22 | Buy | 27,534.56 | $671.11 | $10.12 |
| 6/12/2021 | 12:33 | Buy[2] | 57,837.79 | $504.11 | $14.96 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Matrix Samurai Bought | No. of Matrix Samurai Sold | Value of Matrix Samurai Purchased (USD) | Value of Matrix Samurai Total Sold (USD) | Current Matrix Samurai Holdings | Current Value of Matrix Samurai Holdings | **Realized Trading Loss** |
| 94,820.51 | 0 | $2,649.61 | 0 | 94,820.51 | $0 | **$2,760.24** |

---

[2] This transaction was inadvertently left off initial filed complaint.

**ROCKET BUNNY**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/29/2021 | 21:19 | Buy | 1,890,848,029,722.87 | $222.63 | $8.41 |
| 6/11/2021 | 20:09 | Sell | 1,839,702,759,091.21 | $95.98 | $4.39 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Rocket Bunny Bought | No. of Rocket Bunny Sold | Value of Rocket Bunny Purchased (USD) | Value of Rocket Bunny Total Sold (USD) | Current Rocket Bunny Holdings | Current Value of Rocket Bunny Holdings | **Realized Trading Loss** |
| 1,890,848,029,722.87 | 1,839,702,759,091.21 | $222.63 | $95.98 | 1,808,346.46 | $0 | **$139.45** |