# Exhibit 2

**CERTIFICATION OF JAMES FREELAND**
**IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, James Freeland, hereby certify under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed the complaint filed in this action and authorize the filing of a lead plaintiff motion on my behalf.

2.      I did not purchase any of the tokens that are the subject of this action at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "'33 Act") or the Securities Exchange Act of 1934 (the "'34 Act").

3.       I am willing to serve as a representative party on behalf of a class, including providing testimony at a deposition and trial, if necessary.

4.      My principal goal in jointly filing with other individuals for lead plaintiff is to achieve the best possible recovery for the class from all culpable parties.  I agree to engage in the use of collective resources and to engage in joint decision-making to materially benefit and advance the interests of the class in this case.  I do not anticipate any disagreements between myself and other individuals jointly filing this motion will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end, I will consult with our counsel to the extent necessary to fulfill my obligations to the class.

5.      I purchased the following tokens on the Uniswap exchange: Akita, Archangel, Ares Protocol, Autz, Cyber Doge, Dent, Dogg Token, Ethereum Chain Token, Ethereum Max, FEGtoken, Goku Inu, Hoge.finance, HoloToken, Jupiter, Kawakami Inu, Kishu Inu, The Official Mine Token, Mononoke Inu, Pundi X Token, Saitama, Sanshu Inu, Smooth Love Potion, StarLink, Stoner Doge, Vera, and YfDai.finance.  To the best of my knowledge, the attached Appendix A lists my transactions in connection with these tokens.

1

6. During the three-year period preceding the date of this Certification, I have not sought to serve as a representative party on behalf of a class in any private action arising under the '33 Act or the '34 Act.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Dated: 06 / 01 / 2022

*[signature]*

James Freeland

## APPENDIX A – FREELAND CERTIFICATION

## **AKITA**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/23/2021 | 0:25 | Buy | 20,440,517.97 | $57.27 | $10.65 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Akita Bought | No. of Akita Sold | Value of Akita Purchased (USD) | Value of Total Akita Sold (USD) | Current Akita Holdings | Current Value of Akita Holdings[1] | **Realized Trading Loss**[2] |
| 20,440,517.97 | 0 | $57.27 | 0 | 20,440,517.96 | $6.50 | **$61.42** |

---

[1] As used herein, "Current Value of [Token] Holdings" represents the value as of June 1, 2022.
[2] As used herein, "Realized Trading Loss" is inclusive of fees and calculated based on rescissory damages.

## **ARCHANGEL**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 12/25/2021 | 8:15 | Buy | 45,378,934,030.71 | $48.99 | $72.79 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Archangel Bought | No. of Archangel Sold | Value of Archangel Purchased (USD) | Value of Total Archangel Sold (USD) | Current Archangel Holdings | Current Value of Archangel Holdings | **Realized Trading Loss** |
| 45,378,934,030.71 | 0 | $48.99 | 0 | 45,378,934,030.70 | $1.75 | **$120.03** |

## **ARES PROTOCOL**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 7/24/2021 | 19:57 | Buy | 109.21 | $5.68 | $2.68 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Ares Protocol Bought | No. of Ares Protocol Sold | Value of Ares Protocol Purchased (USD) | Value of Total Ares Protocol Sold (USD) | Current Ares Protocol Holdings | Current Value of Ares Protocol Holdings | **Realized Trading Loss** |
| 109.21 | 0 | $5.86 | 0 | 109.21 | $0.29 | **$8.07** |

## AUTZ

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/27/2021 | 11:13 | Buy | 2,796,320,409 | $12.89 | $5.06 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Autz Bought | No. of Autz Sold | Value of Autz Purchased (USD) | Value of Total Autz Sold (USD) | Current Autz Holdings | Current Value of Autz Holdings | **Realized Trading Loss** |
| 2,796,320,409 | 0 | $12.89 | 0 | 2,796,320,409 | 0 | **$17.95** |

## CYBER DOGE

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 8/7/2021 | 14:26 | Buy | 3,645,603.93 | $73.15 | $15.57 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Cyber Doge Bought | No. of Cyber Doge Sold | Value of Cyber Doge Purchased (USD) | Value of Total Cyber Doge Sold (USD) | Current Cyber Doge Holdings | Current Value of Cyber Doge Holdings | **Realized Trading Loss** |
| 3,645,603.93 | 0 | $73.15 | 0 | 3,645,603.93 | 0 | **$88.72** |

## **DENT**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 7/23/2021 | 0:40 | Buy | 31,366.30 | $62.20 | $6.12 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Dent Bought | No. of Dent Sold | Value of Dent Purchased (USD) | Value of Total Dent Sold (USD) | Current Dent Holdings | Current Value of Dent Holdings | Realized Trading Loss |
| 31,366.30 | 0 | $62.20 | 0 | 31,366.30 | $40.32 | **$28.00** |

## **DOGG TOKEN**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 7/9/2021 | 11:46 | Buy | 143,256.28 | $21.74 | $11.68 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of DOGG Token Bought | No. of DOGG Token Sold | Value of DOGG Token Purchased (USD) | Value of Total DOGG Token Sold (USD) | Current DOGG Token Holdings | Current DOGG Token Value | Realized Trading Loss |
| 143,256.28 | 0 | $21.74 | 0 | 143,256.28 | 0 | **$33.42** |

## ETHEREUM CHAIN TOKEN

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 7/20/21 | 11:35 | Buy | 3,742,394.76 | $53.92 | $8.16 |
| 7/22/21 | 23:56 | Buy | 1,529,676.55 | $65.87 | $7.72 |
| 7/24/21 | 1:19 | Buy | 1,095,714.98 | $85.04 | $3.38 |
| 7/31/21 | 17:55 | Buy | 415,389.30 | $75.96 | $15.54 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Ethereum Chain Token Bought | No. of Ethereum Chain Token Sold | Value of Ethereum Chain Token Purchased (USD) | Value of Total Ethereum Chain Token Sold (USD) | Current Ethereum Chain Token Holdings | Current Value of Ethereum Chain Token Holdings | **Realized Trading Loss** |
| 6,783,175.60 | 0 | $280.79 | 0 | 6,783,175.60 | 0 | **$315.59** |

**ETHEREUM MAX**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/1/21 | 21:14 | Buy | 93,541,668.95 | $38.67 | $10.75 |
| 6/1/21 | 22:20 | Buy | 10,746,105.06 | $5.20 | $9.18 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Ethereum Max Bought | No. of Ethereum Max Sold | Value of Ethereum Max Purchased (USD) | Value of Total Ethereum Max Sold (USD) | Current Ethereum Max Holdings | Current Value of Ethereum Max Holdings | Realized Trading Loss |
| 104,287,774 | 0 | $43.87 | 0 | 104,291,845.81 | $0.44 | **$63.36** |

**FEGTOKEN**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/28/2021 | 2:32 | Buy | 1,196,059,478 | $17.82 | $16.06 |
| 6/29/2021 | 18:04 | Buy | 687,402,861.6 | $6.66 | $8.49 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of FEGtoken Bought | No. of FEGtoken Sold | Value of FEGtoken Purchased (USD) | Value of Total FEGtoken Sold (USD) | Current FEGtoken Holdings | Current Value of FEGtoken Holdings | **Realized Trading Loss** |
| 1,883,462,340.6 | 0 | $24.48 | 0 | 1,883,462,340.6 | $1.28 | **$47.75** |

**GOKU INU**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 2/6/21 | 10:24 | Buy | 363,388,777,908.21 | $29.82 | $44.16 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Goku Inu Bought | No. of Goku Inu Sold | Value of Goku Inu Purchased (USD) | Value of Total Goku Inu Sold (USD) | Current Goku Inu Holdings | Current Value of Goku Inu Holdings | **Realized Trading Loss** |
| 363,388,777,908.21 | 0 | $29.82 | 0 | 363,388,807,582.68 | $2.39 | **$71.59** |

## HOGE.FINANCE

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/16/2021 | 17:13 | Buy | 54,930.95 | $33.97 | $64.46 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Hoge.finance Bought | No. of Hoge.finance Sold | Value of Hoge.finance Purchased (USD) | Value of Total Hoge.finance Sold (USD) | Current Hoge.finance Holdings | Current Value of Hoge.finance Holdings | **Realized Trading Loss** |
| 54,930.95 | 0 | $33.97 | 0 | 54,930.95 | $1.37 | **$97.06** |

## HOLOTOKEN

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/27/2021 | 11:03 | Buy | 6430.03 | $36.87 | $2.39 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of HoloToken Bought | No. of HoloToken Sold | Value of HoloToken Purchased (USD) | Value of Total HoloToken Sold (USD) | Current HoloToken Holdings | Current Value of HoloToken Holdings | **Realized Trading Loss** |
| 6430.03 | 0 | $36.87 | 0 | 6430.03 | $17.31 | **$21.95** |

## JUPITER

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 7/31/2021 | 10:01 | Buy | 7,047.97 | $105.24 | $7.68 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Jupiter Bought | No. of Jupiter Sold | Value of Jupiter Purchased (USD) | Value of Total Jupiter Sold (USD) | Current Jupiter Holdings | Current Value of Jupiter Holdings | **Realized Trading Loss** |
| 7,047.97 | 0 | $105.24 | 0 | 7047.97 | $25.54 | **$87.38** |

## KAWAKAMI INU

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/27/2021 | 11:09 | Buy | 8,336,330.22 | $16.58 | $2.41 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Kawakami Inu Bought | No. of Kawakami Inu Sold | Value of Kawakami Inu Purchased (USD) | Value of Total Kawakami Inu Sold (USD) | Current Kawakami Inu Holdings | Current Value of Kawakami Inu Holdings | **Realized Trading Loss** |
| 8,336,330.22 | 0 | $16.58 | 0 | 8,336,330.22 | $0.54 | **$18.45** |

## KISHU INU

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/15/2021 | 16:41 | Buy | 6,236,913,101.04 | $76.23 | $71.82 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Kishu Inu Bought | No. Kishu Inu of Sold | Value of Kishu Inu Purchased (USD) | Value of Kishu Inu Total Sold (USD) | Current Kishu Inu Holdings | Current Value of Kishu Inu Holdings | **Realized Trading Loss** |
| 6,236,913,101.04 | 0 | $76.23 | 0 | 6,236,913,101.04 | $3.67 | **$144.38** |

## THE OFFICIAL MINE TOKEN

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 4/7/2021 | 2:16 | Buy | 32,647,448,150 | $61.06 | $20.12 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of The Official Mine Token Bought | No. of The Official Mine Token Sold | Value of The Official Mine Token Purchased (USD) | Value of Total Sold (USD) | Current The Official Mine Token Holdings | Current Value of The Official Mine Token Holdings | **Realized Trading Loss** |
| 32,647,448,150 | 0 | $61.06 | 0 | 32,647,448,150 | $16.84 | **$64.34** |

**MONONOKE INU**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 11/6/2021 | 14:41 | Buy | 117,695,376,967.06 | $44.54 | $68.54 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Mononoke Inu Bought | No. of Sold | Value of Mononoke Inu Purchased (USD) | Value of Mononoke Inu Total Sold (USD) | Current Mononoke Inu Holdings | Current Value of Mononoke Inu Holdings | **Realized Trading Loss** |
| 117,695,376,967.06 | 0 | $44.54 | 0 | 117,695,377,120.97 | $0.47 | **$112.61** |

**PUNDI X TOKEN**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/18/2021 | 1:30 | Buy | 15,216.77 | $23.65 | $2.58 |
| 6/28/2021 | 9:02 | Buy | 8,747.03 | $8.93 | $1.05 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Pundi X Token Bought | No. of Pundi X Token Sold | Value of Pundi X Token Purchased (USD) | Value of Pundi X Token Total Sold (USD) | Current Pundi X Token Holdings | Current Value of Pundi X Token Holdings | **Realized Trading Loss** |
| 23,963.82 | 0 | $32.57 | 0 | 23.963.82 | $1.91 | **$34.30** |

**SAITAMA**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 10/25/2021 | 11:38 | Buy | 2,445,744,146.92 | $165.84 | $44.73 |
| 10/23/2021 | 16:34 | Buy | 902,001,771.26 | $53.03 | $22.27 |
| 10/22/2021 | 20:21 | Buy | 2,349,285,139.63 | $119.24 | $27.90 |
| 10/22/2021 | 8:56 | Buy | 1,075,138,500.15 | $41.52 | $29.14 |
| 9/29/2021 | 21:01 | Buy | 2,055,786,959.75 | $29.27 | $25.87 |
| 7/25/2021 | 19:50 | Buy | 35,751,051,921.39 | $44.10 | $4.59 |
| 7/25/2021 | 17:44 | Buy | 15,223,527,935.07 | $19.53 | $4.91 |
| 7/25/2021 | 17:13 | Buy | 35,807,139,183.25 | $43.18 | $4.50 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Saitama Bought | No. of Saitama Sold | Value of Saitama Purchased (USD) | Value of Saitama Total Sold (USD) | Current Saitama Holdings | Current Value of Saitama Holdings | **Realized Trading Loss** |
| 95,609,675,557.43 | 0 | $515.71 | 0 | 97,226,039,785.53 | $448.11 | **$231.51** |

## SANSHU INU

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/14/2021 | 22:42 | Buy | 18,599,567,991.71 | $15.57 | $6.65 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Sanshu Inu Bought | No. of Sold | Value of Sanshu Inu Purchased (USD) | Value of Sanshu Inu Total Sold (USD) | Current Sanshu Inu Holdings | Current Value of Sanshu Inu Holdings | **Realized Trading Loss** |
| 18,599,567,991.71 | 0 | $15.57 | 0 | 18,599,568,062.30 | $1.19 | **$21.03** |

## SMOOTH LOVE POTION

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/21/2021 | 0:25 | Buy | 178 | $23.22 | $7.11 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Smooth Love Potion Bought | No. of Smooth Love Potion Sold | Value of Smooth Love Potion Purchased (USD) | Value of Smooth Love Potion Total Sold (USD) | Current Smooth Love Potion Holdings | Current Value of Smooth Love Potion Holdings | **Realized Trading Loss** |
| 178 | 0 | $23.23 | 0 | 178 | $0.97 | **$29.36** |

## STARLINK

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 8/21/2021 | 14:07 | Buy | 1,807,203.64 | $32.76 | $16.44 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of StarLink Bought | No. of StarLink Sold | Value of StarLink Purchased (USD) | Value of StarLink Total Sold (USD) | Current StarLink Holdings | Current Value of StarLink Holdings | **Realized Trading Loss** |
| 1,807,203.64 | 0 | $32.76 | 0 | 1,807,203.64 | $7.96 | **$41.24** |

## STONER DOGE

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 7/28/2021 | 20:49 | Buy | 33,460.74 | $22.87 | $7.48 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Stoner Doge Bought | No. of Stoner Doge Sold | Value of Stoner Doge Purchased (USD) | Value of Stoner Doge Total Sold (USD) | Current Stoner Doge Holdings | Current Value of Stoner Doge Holdings | **Realized Trading Loss** |
| 33,460.74 | 0 | $22.87 | 0 | 33,460.74 | 0 | **$30.35** |

**VERA**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 7/31/2021 | 17:11 | Buy | 4,267.50 | $50.00 | $18.95 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. Vera of Bought | No. of Sold | Value of Vera Purchased (USD) | Value of Vera Total Sold (USD) | Current Vera Holdings | Current Value of Vera Holdings | **Realized Trading Loss** |
| 4,267.50 | 0 | $50.00 | 0 | 4,267.50 | $31.40 | **$37.55** |

**YFDAI.FINANCE**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/15/2021 | 16:49 | Buy | 0.257 | $75.99 | $37.29 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of YfDai.finance Bought | No. of YfDai.finance Sold | Value of YfDai.finance Purchased (USD) | Value of YfDai.finance Total Sold (USD) | Current YfDai.finance Holdings | Current Value of YfDai.finance Holdings | **Realized Trading Loss** |
| 0.257 | 0 | $75.99 | 0 | 0.257 | $1.47 | **$111.81** |