# Exhibit 3

**CERTIFICATION OF ROBERT SCOTT**
**IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, Robert Scott, hereby certify under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint filed in this action and authorize the filing of a lead plaintiff motion on my behalf.

2. I did not purchase any of the tokens that are the subject of this action at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "'33 Act") or the Securities Exchange Act of 1934 (the "'34 Act").

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at a deposition and trial, if necessary.

4. My principal goal in jointly filing with other individuals for lead plaintiff is to achieve the best possible recovery for the class from all culpable parties. I agree to engage in the use of collective resources and to engage in joint decision-making to materially benefit and advance the interests of the class in this case. I do not anticipate any disagreements between myself and other individuals jointly filing this motion will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end, I will consult with our counsel to the extent necessary to fulfill my obligations to the class.

5. I purchased and/or sold the following tokens on the Uniswap exchange: Dogelon, HuskyToken, Kishu Inu, Lorde Edge, and Shih Tzu. To the best of my knowledge, the attached Appendix A lists my transactions in connection with these tokens.

6. During the three-year period preceding the date of this Certification, I have not sought to serve as a representative party on behalf of a class in any private action arising under the '33 Act or the '34 Act.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Dated:  06 / 02 / 2022

*/s/ Robert Scott*
_____
Robert Scott

## APPENDIX A – SCOTT CERTIFICATION

### DOGELON

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/12/2021 | 11:45 | Buy | 4,788,570,850 | $9,733.51 | $192.60 |
| 6/9/2021 | 15:53 | Sell | 4,788,570,850 | $486.54 | $6.40 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Dogelon Bought | No. of Dogelon Sold | Value of Dogelon Purchased (USD) | Value of Dogelon Total Sold (USD) | Current Dogelon Holdings | Current Value of Dogelon Holdings | **Realized Trading[1] Loss** |
| 4,788,570,850 | 4,788,570,850 | $9,733.51 | $486.54 | 0 | $0 | **$9,445.97** |

---

[1] As used herein, "Realized Trading Loss" is inclusive of fees and calculated based on rescissory damages.

**HUSKYTOKEN**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/12/2021 | 10:54 | Buy | 80,373,567,798 | $10,343.47 | $213.48 |
| 6/9/2021 | 15:39 | Sell | 80,979,688,782 | $729.53 | $6.78 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of HuskyToken Bought | No. of HuskyToken Sold | Value of HuskyToken Purchased (USD) | Value of HuskyToken Total Sold (USD) | Current HuskyToken Holdings | Current Value of HuskyToken Holdings | **Realized Trading Loss** |
| 80,373,567,798 | 80,979,688,782 | $10,343.47 | $729.53 | 0 | 0 | **$9,834.20** |

**KISHU INU**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 6/27/2021 | 17:56 | Sell | 3,605,574,277,330.93 | $6,705.03 | $5.35 |
| 5/31/2021 | 20:20 | Sell | 1,551,518,951,580.39 | $6,036.42 | $18.09 |
| 5/31/2021 | 14:49 | Sell | 1,470,000,000,000.00 | $5,339.12 | $14.48 |
| 6/4/2021 | 19:27 | Buy | 1,798,434,365,110.71 | $4,771.60 | $14.41 |
| 6/1/2021 | 11:40 | Buy | 1,835,162,249,678.00 | $6,012.82 | $14.47 |
| 5/18/2021 | 12:42 | Buy | 43,016,907,186.94 | $407.72 | $77.90 |
| 5/15/2021 | 14:27 | Buy | 2,080,241,658,721.17 | $28,851.05 | $57.69 |
| 5/13/2021 | 16:13 | Buy | 31,892,768,557.18 | $202.56 | $98.18 |
| 5/12/2021 | 11:10 | Buy | 892,405,864,906.08 | $10,741.85 | $367.39 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Kishu Inu Bought | No. of Kishu Inu Sold | Value of Kishu Inu Purchased (USD) | Value of Kishu Inu Total Sold (USD) | Current Kishu Inu Holdings | Current Value of Kishu Inu Holdings | **Realized Trading Loss** |
| 6,681,153,814,160.07 | 6,627,093,228,911.32 | $50,987.60 | $18,080.57 | 461,499.90 | 0 | **$33,574.99** |

**LORDE EDGE**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 11/9/2021 | 10:27 | Buy | 85,152,286.15 | $1,961.62 | $138.11 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Lorde Edge Bought | No. of Lorde Edge Sold | Value of Lorde Edge Purchased (USD) | Value of Lorde Edge Total Sold (USD) | Current Lorde Edge Holdings | Current[2] Value of Lorde Edge Holdings | **Realized Trading Loss** |
| 85,152,286.15 | 0 | $1,961.62 | 0 | 85,152,286.15 | $23.60 | **$2,076.13** |

---

[2] As of June 1, 2022.

**SHIH TZU**

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 5/12/2021 | 11:18 | Buy | 35,303,556,213 | $4,261.19 | $199.51 |
| 6/9/2021 | 15:49 | Sell | 35,303,556,213 | $482.90 | $5.82 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Shih Tzu Bought | No. of Shih Tzu Sold | Value of Shih Tzu Purchased (USD) | Value of Shih Tzu Total Sold (USD) | Current Shih Tzu Holdings | Current Value of Shih Tzu Holdings | **Realized Trading Loss** |
| 35,303,556,213 | 35,303,556,213 | $4,261.19 | $482.90 | 0 | 0 | **$3,983.62** |