# Exhibit 4

## CERTIFICATION OF ANNIE VENESKY
## IN SUPPORT OF LEAD PLAINTIFF MOTION

I, Annie Venesky, hereby certify under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint filed in this action and authorize the filing of a lead plaintiff motion on my behalf.

2. I did not purchase any of the tokens that are the subject of this action at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "'33 Act") or the Securities Exchange Act of 1934 (the "'34 Act").

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at a deposition and trial, if necessary.

4. My principal goal in jointly filing with other individuals for lead plaintiff is to achieve the best possible recovery for the class from all culpable parties. I agree to engage in the use of collective resources and to engage in joint decision-making to materially benefit and advance the interests of the class in this case. I do not anticipate any disagreements between myself and other individuals jointly filing this motion will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end, I will consult with our counsel to the extent necessary to fulfill my obligations to the class.

5. I purchased and/or sold the following tokens on the Uniswap exchange: Wise Token. To the best of my knowledge, the attached Appendix A lists my transactions in connection with these tokens.

6. During the three-year period preceding the date of this Certification, I have not sought to serve as a representative party on behalf of a class in any private action arising under the '33 Act or the '34 Act.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Dated: 06 / 04 / 2022

*Annie Venesky*
---
Annie Venesky

2

## APPENDIX A – VENESKY CERTIFICATION

## WISE TOKEN

| Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Time | Transaction | Token Amount | Fiat (USD) | Fees (USD) |
| 12/30/2020 | 19:11 | Buy | 12,110.84 | $2,950.62 | $12.75 |
| 12/31/2020 | 0:17 | Buy | 1,736.75 | $363.12 | $4.77 |
| 1/2/2021 | 22:58 | Buy | 1,436.72 | $293.65 | $4.42 |
| 1/11/2021 | 23:54 | Buy | 385.49 | $240.24 | $6.45 |
| 4/15/2021 | 5:09 | Sell | 1,692.42 | $891.60 | $23.62 |
| 11/27/2021 | 4:30 | Sell | 1,575.34[1] | $905.12 | $460.41 |

| Losses | | | | | | |
|---|---|---|---|---|---|---|
| No. of Wise Token Bought | No. of Wise Token Sold | Value of Wise Token Purchased (USD) | Value of Wise Token Total Sold (USD) | Current Wise Token Holdings | Current Value of Wise Token Holdings[2] | **Realized[3] Trading Loss** |
| 15669.8 | 3267.76 | $3,847.63 | $1,796.72 | 14,000 | $252.00 | **$2,563.33** |

---

[1] Additional tokens earned through staking.
[2] As of June 1, 2022; accounts 90% penalty if tokens were sold today.
[3] As used herein, "Realized Trading Loss" is inclusive of fees and calculated based on rescissory damages.