# Exhibit 7





# TABLE OF CONTENTS

ABOUT KIM & SERRITELLA LLP _____ 1

CRYPTOCURRENCY & NFTs _____ 2

SECURITIES & CLASS ACTIONS_____ 2

COMMERICAL  LITIGATION  PRACTICE_____ 3

K&S   TEAM_____ 4

JAMES R. SERRITELLA _____ 5

HEE-JEAN KIM _____ 7

JUSTIN STONE _____ 9

ARAM M. BOGHOSIAN_____ 11

KARA MORROW_____ 12

# About Kim & Serritella LLP

## Clients First

Kim & Serritella LLP is a boutique law firm concentrating on the cryptocurrency space, commercial litigation and business transactions. We are deeply committed to a clients-first approach, which translates to strategic, effective and ethical representation while delivering big firm experience to clients of all sizes. The firm was founded in 2020 and with Mr. Serritella's years of practice as a partner at New York City firms and Ms. Kim's business savvy, they have grown the firm to include a team of attorneys with impressive credentials, a similar core belief in serving clients and the community and a long track-record of achieving successful results in connection with varied complex matters and high-stakes litigation. The K&S team is a rare marriage of a deep understanding of technology and current events with solid and impressive experience.

## Giving Back to Our Community

We also firmly believe in giving back to our community and those who may not yet be able to advocate for themselves, which is why we founded the K&S Pro Bono Practice Center and have a dedicated and experienced Pro Bono Counsel to help steer our pro bono practice and guide our team in serving others.

1

# Cryptocurrency & NFTs

K&S is positioning itself to become one of the preeminent firms in the cryptocurrency space. Mr. Serritella, co-founder of K&S, has been a student of the cryptocurrency space for several years, utilizing his knowledge of computer science, technology, and years of litigation experience in the securities and finance spaces to gain an unprecedented understanding of the technical workings of cryptocurrency exchanges and the risks that transactions on such exchanges pose to investors. This expertise has shaped K&S's practice: K&S represents crypto investors who have been the victim of fraudulent activity, such as rug pulls, pump-and-dumps, and misrepresentations on social media; K&S is currently investigating claims against cryptocurrency exchanges for their role in allowing fraudulent or illegal activity to take place on their platforms; in addition, K&S represents investors in claims against a major cryptocurrency exchange and wireless carriers for allowing unauthorized access to user accounts, as well as investors with claims against issuers of NFTs. Due to the novelty of these claims and the emerging, yet unsettled precedent, the advantage of K&S's experience in the space is significant.

# Securities and Class Action

The K&S team has decades of experience in complex commercial litigation and class action work with a track record of success, as well as substantial courtroom and trial experience.

K&S currently represents investors who have lost millions of dollars investing in traditional securities. In addition, prior to joining K&S, the team gained significant experience in securities litigation at large prestigious law firms, including (i) defending large investment banks against billions of dollars in claims in fraud and put-back actions alleging misrepresentations in offering materials and breaches of representations and warranties in connection with the sale of residential mortgage-backed securities; (ii) defending actions commenced by the trustee liquidating Bernard L. Madoff Investment Securities LLC and the liquidators of a foreign fund that invested in Madoff, (iii) representing investors in securities class actions alleging false and misleading misrepresentations about powerline safety prior to the recent California wildfires and (iv) representing investors in securities class actions alleging misrepresentations about the cause of increased claims frequency at a leading insurance company. The K&S team also has significant experience in non-securities class actions. This experience includes (a) representation of numerous plaintiffs in wage-and-hour and discrimination suits, (b) a drug-store chain in an antitrust class action against generic drug manufacturers, and (c) a debt consolidation company in a class action alleging consumer protection violations.

# Commercial Litigation Practice

K&S's litigation practice is focused on representing parties in various commercial disputes. In addition to the cryptocurrency space, K&S has extensive experience with, and a unique understanding of, matters concerning investment losses and insurance recovery on behalf of policyholders.

Some of K&S's representative engagements include the following:

- Investors in a multi-million dollar action against one of the largest financial institutions in the U.S. alleging breaches of fiduciary duty and misrepresentations

- Investment adviser in an action against an insurance company for failing to cover a claim under a professional liability policy

- Investors in an arbitration concerning convertible notes in connection with a start-up taxi business in South America

- Investor in claims against a firm administrator for violations of ERISA

- Investors in whistleblower claims filed with the Securities & Exchange Commission concerning violations of securities laws by investment advisers and broker-dealers

- Petitioners in securing a pre-judgment attachment against respondents who left the country and moved assets offshore

3



# K&S TEAM



# James R. Serritella
Partner

James is known as a bulldog when representing his clients and lends a nuanced, strategic and transparent approach to that representation. James works tirelessly for his clients on matters ranging from small individual claims to billion-dollar lawsuits. His intelligence, dedication and pull-up-your-sleeves approach to hard work has made him a go-to lawyer for colleagues and clients alike.

James has extensive experience representing both plaintiffs and defendants in high stakes litigation, including in the financial services, insurance and bankruptcy sectors. He regularly represents policyholders in claims against their insurance companies and investors in recouping investment losses, including against investment advisers and broker-dealers and in the cryptocurrency space.

James's experience spans all phases of litigation in both federal and state court, as well as in arbitration.

Prior to K&S, James was a partner at Davis + Gilbert LLP and Stroock & Stroock & Lavan LLP in New York.

James is committed to tapping into his expertise in representing pro bono clients. His most recent pro bono activities include matters ranging from improper foreclosure actions brought by banks to bad faith lawsuits brought against insurance companies.

# Experience

Some of James's representative engagements include the following:
- Investors in a class action against a major crypto-asset exchange and its owners and operators concerning novel issues of securities laws.

- Investors in claims against major crypto-asset exchange and mobile phone service providers arising out of unauthorized access to user accounts.

- Investors in prosecuting breach of fiduciary duty claims against investment adviser and broker-dealer regarding millions of dollars in investment losses.

- Privately held and public companies in recovery of insurance proceeds in connection with various types of insurance policies, including professional liability, directors and officers liability, employment practices liability and cybersecurity.

- Investors in convertible notes in connection with a start-up taxi business in South America.

- Policyholders against insurance brokers for malpractice and breaches of fiduciary duties.

- Investors in whistleblower claims filed with the Securities & Exchange Commission concerning violations of securities laws by investment advisers and broker-dealers.

- Global financial institutions in litigation commenced by the Madoff trustee and Madoff feeder funds seeking recovery of alleged cross-border fraudulent transfers under the Bankruptcy Code and state law.



# James R. Serritella
Partner

- Sponsor in residential mortgage-backed securities (RMBS) transactions against fraud and negligent misrepresentation claims arising from statements made in offering materials and putback claims concerning alleged breaches of representations and warranties.

- Directors and officers in various lawsuits concerning common law fraud and breach of fiduciary duty claims commenced in state court and bankruptcy court.

- A broker-dealer in litigation concerning complex issues of jurisdiction, sovereign immunity and cross-border discovery.

- Co-founder of a major tech company in prosecuting fraud and fraudulent transfer claims against his former partners.

- Financial institution in prosecuting and defending claims in connection with commercial mortgage-backed securities transactions.

- Financial institution in defending claims brought by individuals under state and federal consumer protections laws.

- Shareholders in fraudulent transfer litigation in the SDNY arising out of the 2007 leveraged buyout of the Tribune Company.

# Education

J.D., Cornell Law School 2007
B.A., Binghamton University, 2003, major in Philosophy, Politics & Law; minor in History

# Admitted to Practice

New York
New Jersey
U.S. District Courts, Southern and Eastern District of New York, District of New Jersey and District of Connecticut
U.S. Court of Appeals, Second Circuit

# Awards

James was named a Rising Star (for attorneys under 40) by New York Metro Super Lawyers from 2015 to 2021.



# Hee-Jean Kim
Partner

Hee-Jean is a seasoned transactional attorney and businesswoman with a successful track record of advising individuals and businesses of all sizes and across various industries. She delivers strategic and pragmatic legal advice on significant transactions as well as day-to-day business matters. She is a problem-solver, master draftswoman and savvy advocate for her clients. Hee-Jean primarily focuses her practice on small to midsize companies who may require outside general counsel services and outside-the-box thinking. Hee-Jean also regularly counsels high net-worth individuals and their family enterprises.

Hee-Jean started her legal career as an associate at DLA Piper in New York where she focused on cross-border, international and domestic project finance with a focus on the project side of infrastructure development. She also provided commercial and legal advice regarding infrastructure development, renewable energy development, land usufruct and lease issues and government concession work as well as day-to-day commercial operations. More recently, as Senior Corporate Counsel in the M&A, Licensing, Alliance Management & Corporate Affairs department of a large pharmaceutical company, Hee-Jean supported diverse clients ranging from directors to senior executives in the business development and research & development groups on licensing, collaborations and other partnering deals.

## Experience

Hee-Jean has significant experience negotiating and drafting various agreements; some examples of agreements include the following:

- Manufacturing Agreements

- Supply Agreements

- Consulting Agreements

- Service Agreements

- Confidentiality and Non-Disclosure Agreements

- Joint Venture Agreements

- Shareholders Agreements

- Licensing Agreements

- Commercial and Industrial Real Estate Related Agreements

- Concession Agreements

- Operation and Maintenance Agreements

- Purchase and Sale Agreements



# Hee-Jean Kim
Partner

- Vessel Construction Agreements

- Vessel Charter Agreements

Hee-Jean has participated in pro bono projects ranging from research on women's health rights in Africa to advising small business owners on commercial real estate matters.

While at her prior law firm, Hee-Jean served on the Diversity and Inclusion Committee and as a mentor in various mentoring programs for younger attorneys. She believes in supporting women-owned businesses and in helping those who are under-represented. She particularly enjoys working with mom-and-pop businesses and has most recently been active in assisting small businesses and individuals within her community.

Hee-Jean speaks Korean, Italian and French.

## Education

J.D., Columbia Law School, 2007
B.A., cum laude, Vassar College, 2000, double majors: English and Italian

## Admitted to Practice

New York
New Jersey



# Justin Stone
Associate

Justin brings his many years of practicing law to K&S where he is known as a meticulous problem-solver with the ability to think on his feet, tackle novel questions of law with ease and bring both creative and practical solutions to serve his clients.

Justin has extensive experience representing both plaintiffs and defendants in complex litigation, including antitrust, patent, bankruptcy, securities and financial litigation. His experience includes all phases of litigation from pleadings to appellate work, in disparate forums including federal and state court and administrative and alternative dispute resolution proceedings.

Prior to K&S, Justin was an attorney for the Bureau of Competition of the Federal Trade Commission, and also worked as a senior associate for Quinn Emanuel Urquhart & Sullivan, LLP.

Justin is committed to pro bono advocacy. His pro bono work includes successfully litigating on behalf of undocumented immigrants and victims of police brutality.

## Experience

Some of Justin's representative engagements include the following:

- Investors in a class action against a major crypto-asset exchange and its owners and operators concerning novel issues of securities laws.

- Numerous plaintiffs in wage-and-hour and discrimination class action cases.

- Drug-store chain in an antitrust class action against generic drug manufacturers in one of the largest antitrust cases in history.

- One of the world's largest cellular phone manufacturers in international litigation involving complex questions of patent law.

- Board committee chairman of a major financial organization in litigation arising under New York's not-for-profit corporation law involving novel issues of overcompensation.

- Government agency against a major computer chip manufacturer in antitrust litigation involving the intersection of the Sherman Act and patent rights.

- Major pharmaceutical company in mass-tort liability concerning claims alleging the failure to warn of risks associated with hormone therapy drug.

- Governor of New York in litigation concerning novel questions of gubernatorial authority.

- Numerous NYC-area construction companies in ERISA and collective-bargaining/NLRB litigation.

- Long Island winery in administrative proceedings before the state liquor board.



# Justin Stone
Associate

## Education

L.L.M., George Mason University School of Law 2005
J.D. cum laude, University of Wisconsin Law School 2000
B.A., Cornell University, 1997, in Government

## Admitted to Practice

Wisconsin
*New York application pending



# Aram M. Boghosian
Associate

Aram represents both plaintiffs and defendants in complex commercial disputes at both the trial and appellate levels. He has significant expertise in representing investors seeking to recoup investment losses in federal court proceedings. His practice has encompassed all phases of litigation in both federal and state courts in cases spanning a variety of industries.

Prior to K&S, Aram was an associate at Boies Schiller Flexner LLP and Labaton Sucharow LLP in New York City. Aram also served as a law clerk to the Honorable William M. Conley of the United States District Court for the Western District of Wisconsin.

Aram is committed to representing pro bono clients. In his most recent engagement, he successfully argued for a grant of political asylum on behalf of a detained client.

## Experience

Some of Aram's representative matters include the following:

- Investors in a class action against a major crypto-asset exchange and its owners and operators concerning novel issues of securities laws.

- Investors in claims against major crypto-asset exchange and mobile phone service providers arising out of unauthorized access to user accounts.

- Investors in prosecuting breach of fiduciary duty claims against investment adviser and broker-dealer regarding millions of dollars in investment losses.

- A state government and class of investors in securities litigation arising from the California wildfires.

- Investors in a class action involving a major auto insurance company.

- Investors in litigation against stock exchanges for permitting certain high frequency trading practices.

- A major financial firm in litigation concerning the tax characterization of foreign investment transactions.

## Education

J.D., University of California, Berkeley, School of Law, 2015
B.A., summa cum laude, Tufts University, 2010, in Philosophy and Political Science

## Admitted to Practice

New York
U.S. District Courts for the Southern and Eastern Districts of New York
U.S. Court of Appeals, Second Circuit



# Kara Morrow
Pro Bono Counsel
Director of the Pro Bono Practice Center

Kara brings a longstanding commitment to serving others to the K&S Pro Bono Practice Center where she oversees a pro bono program that spans from helping small businesses to providing legal assistance to asylum seekers.

Kara is an accomplished litigator with deep federal law experience. Having worked in private and non-profit sectors, she is skilled in complex cases, investigations and client service. Her work has yielded significant positive outcomes not only for her corporate and individual clients, but also for vulnerable populations, including children in foster care.

Prior to K&S, Kara practiced civil rights law with the renowned non-profit law firm, Children's Rights, reforming state foster care systems through litigation and strategic advocacy. Kara began her legal career at Shearman & Sterling LLP and Clifford Chance LLP in New York, representing global clients in a broad array of matters, including substantial pro bono work.

Before law school, Kara worked as a legislative associate in Washington, D.C. where she drafted policy statements and lobbied members of congress on welfare reform, immigrant rights and economic development in low-income communities. She began her career as a caseworker in Newark, N.J. providing in-home assistance to families at risk of child abuse and neglect.

# Experience

Some of Kara's representative matters include the following:

- Conducted a multi-year investigation of the Massachusetts child welfare system and brought a federal class action civil rights lawsuit on behalf of children in foster care.

- Monitored and enforced compliance with a landmark consent decree reforming the District of Columbia foster care system.

- Appeared before the U.S. Supreme Court in a dispute regarding attorney's fees in a federal civil rights action.

- Received the Thurgood Marshall award for representation in post-conviction death penalty case.

- Won asylum for a detained pro bono client from the Republic of Guinea.

- Obtained reversal of a client's wrongful conviction and incarceration in collaboration with the NAACP Legal Defense Fund.

Kara speaks French.



# Kara Morrow
Pro Bono Counsel
Director of the Pro Bono Practice Center

## Education

J.D., University of Pennsylvania Law School, 2002
B.A., Georgetown University, 1995, major in History

## Admitted to Practice

New York
U.S. District Courts, Southern and Eastern District of New York
U.S. Court of Appeals, Second Circuit, D.C. Circuit
U.S. Supreme Court

13