# Exhibit 8





# Kim & Serritella LLP and Barton LLP Announce a Securities Class Action Against Uniswap and Other Defendants Regarding the Unregistered Offer and Sale of Digital Tokens, and Lead Plaintiff Deadline

April 08, 2022 12:32 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Kim & Serritella LLP and Barton LLP announce that a securities class action, captioned *Risley v. Universal Navigation Inc. et al.*, 1:22-cv-02780-KPF (S.D.N.Y.) (the "Action") is pending against Universal Navigation Inc. dba Uniswap Labs ("Uniswap"), Hayden Z. Adams, Paradigm Operations LP, AH Capital Management, L.L.C. dba Andreessen Horowitz and Union Square Ventures, LLC (collectively, "Defendants") in the United States District Court for the Southern District of New York.

The Action asserts claims under the Securities Act of 1933 and the Securities Exchange Act of 1934 on behalf of a proposed class of persons who purchased any of the following digital tokens on the Uniswap exchange between April 5, 2021 and April 4, 2022 (the "Class Period"): EthereumMax, Bezoge, Matrix Samurai, Alphawolf Finance, Rocket Bunny, and BoomBaby.io. (the "Tokens"). The Action seeks rescission and damages.

The Action alleges that Uniswap and the other Defendants violated the securities laws by offering and selling unregistered securities in the form of digital tokens on the Uniswap exchange, including Uniswap's own token, UNI. The Action further alleges that the Defendants violated the securities laws because the Defendants failed to register Uniswap under applicable securities laws as an exchange and/or broker-dealer and failed to provide investors with registration statements for the securities they were offering and selling, which would have apprised investors of the risks and other important information associated with their investments. In addition, the Action alleges that the Defendants permitted unlawful activity in connection with tokens sold on the Uniswap exchange, such as "rug pulls" and "pump and dumps," and that the Defendants incentivized such unlawful activity because Uniswap collected fees for developers (with the ability to keep a portion of those fees for itself).

If you purchased Tokens on the Uniswap exchange during the Class Period, you are a member of the proposed class and may move the Court to serve as lead plaintiff through counsel of your choice or may choose to do nothing and remain a member of the proposed class. A lead plaintiff is a court-appointed representative for members of a class. Lead plaintiff motion papers must be filed with the U.S. District Court for the Southern District of New York no later than 60 days after the date on which this notice is published. Should the court certify a class in the Action, your ability to share in any potential recovery is not dependent upon you serving as lead plaintiff.

A class has not yet been certified in the Action. Unless and until a class is certified, you are not represented by counsel unless you retain a lawyer. You may retain counsel of your choice.

If you would like to discuss the Action, your potential claims or have any questions regarding this notice, please contact Kim & Serritella LLP at (212) 931-8135 or via email at crypto@kandslaw.com

Contacts

James R. Serritella

Kim & Serritella LLP

3 Columbus Circle, 15th Floor

New York, NY 10019

212-960-8345

www.kandslaw.com

Christopher J. McNamara

Barton LLP

711 Third Avenue, 14th Floor

New York, NY 10017

212-687-6262

www.bartonesq.com