UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | Case No.: 22-cv-02780-KPF |

**DECLARATION OF CHRISTOPHER J. MCNAMARA IN SUPPORT OF NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, AND DEAN MEYERS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF KIM & SERRITELLA LLP AND BARTON LLP AS CO-LEAD COUNSEL**

I, Christopher J. McNamara, declare as follows:

1. I am a partner at the law firm of Barton LLP ("Barton"). I am admitted and in good standing to practice before this Court.

2. I make this declaration in support of the motion of Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers (the "Investor Group") for (1) their appointment as Lead Plaintiffs, and (2) approval of Lead Plaintiffs' selection of Kim & Serritella LLP and Barton LLP as Co-Lead Counsel.

3. Attached as Exhibit A is a true and correct copy of a curated overview of Barton, which includes selected practice area descriptions as well as a representative sampling of biographies for some of the litigation partners at the firm.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2022
      New York, New York

By: _____
Christopher J. McNamara
BARTON LLP
711 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 687-6262
cmcnamara@bartonesq.com