UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NESSA RISLEY, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC, <br><br> Defendants. | Case No. 1:22-cv-02780-KPF <br><br> **ECF Case** <br><br> **NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Defendant Paradigm Operations LP.

Dated:  New York, New York
        July 22, 2022

/s/ Alexander C. Drylewski
Alexander C. Drylewski
(Alexander.Drylewski@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000

*Attorney for Defendant Paradigm Operations LP*