UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

NESSA RISLEY, individually, and on behalf : 
of all others similarly situated, :
:
                Plaintiff, :
: Case No. 1:22-cv-02780-KPF
      v. :
: **ECF Case**
UNIVERSAL NAVIGATION INC. d/b/a :
UNISWAP LABS, HAYDEN Z. ADAMS, : **RULE 7.1 CORPORATE**
PARADIGM OPERATIONS LP, AH : **DISCLOSURE STATEMENT**
CAPITAL MANAGEMENT, L.L.C. d/b/a :
ANDREESSEN HOROWITZ, and UNION :
SQUARE VENTURES, LLC, :
:
                Defendants. :
:
:

------------------------------- x

## DEFENDANT PARADIGM OPERATIONS LP'S
## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Paradigm Operations LP, by and through its undersigned attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, hereby states the following:

1. Paradigm Operations LP has no parent corporation.

2. No publicly held corporation owns 10% or more of Paradigm Operation LP's stock.

2

Dated: New York, New York
July 22, 2022

    /s/ Alexander C. Drylewski
Alexander C. Drylewski
(alexander.drylewski@skadden.com)
Tansy Woan
(tansy.woan@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000

*Attorneys for Paradigm Operations LP*