UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 22-cv-02780-KPF<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Julia R. Miller, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant AH Capital Management, L.L.C. dba Andreessen Horowitz.

　　I am a member in good standing of the Bar of the State of New York, and a certificate of good standing is attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: July 26, 2022
　　　　New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Julia R. Miller
Julia R. Miller
1271 Avenue of the Americas
Tel: (212) 906-1200

Fax: (212) 751-4864
Email: julia.miller@lw.com

*Attorneys for Defendant AH Capital Management, L.L.C.*