UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>       Defendants. | Case No. 22-cv-02780-KPF<br><br>**DECLARATION OF JULIA R. MILLER IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

   JULIA R. MILLER, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.  I am associated with of the law firm of Latham & Watkins LLP.

2.  I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3.  I have been a member in good standing of the Bar of the State of New York since February 26, 2018.

4.  I attach a Certificate of Good Standing from the State of New York, which was issued within thirty days of this filing, as Exhibit A to my Motion to Admit Counsel *Pro Hac Vice*.

5.  I have never been convicted of a felony or been the subject of any criminal conviction.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendant AH Capital Management, L.L.C. dba Andreessen Horowitz.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2022

/s/ Julia R. Miller
Julia R. Miller