**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>           v.<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>                Defendants. | Case No. 22-cv-02780-KPF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Julia R. Miller for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of New York and that her contact information is as follows:

    Applicant's Name: <u>Julia R. Miller</u>

    Firm Name: <u>Latham & Watkins LLP</u>

    Address: <u>1271 Avenue of the Americas</u>

    City/State/Zip: <u>New York, NY 10020</u>

    Telephone: <u>(212) 906-1200</u> Fax: <u>(212) 751-4864</u>

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant AH Capital Management, L.L.C. dba Andreessen Horowitz. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated:_____, 2022

_____
United States District Judge Katherine Polk Failla