UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NESSA RISLEY, individually and on behalf of all others similarly situated,

                 Plaintiff,

         -v.-

UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C d/b/a ANDREESEN HOROWITZ, and UNION SQUARE VENTURES, LLC,

                 Defendants.
------------------------------------------------------------X

Case No: 1:22-cv-02780-KPF

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that Defendants Universal Navigation Inc., Hayden Z. Adams, and Union Square Ventures, LLC appear in the case captioned above by its counsel, Maeve L. O'Connor of Debevoise & Plimpton LLP. The undersigned respectfully requests notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated:     July 27, 2022
             New York, New York

                                      By: */s/ Maeve L. O'Connor*
                                        Maeve L. O'Connor
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, New York, 10022
                                        Tel: (212) 909-6000
                                        *mloconnor@debevoise.com*

                                        *Attorney for Defendants Universal Navigation, Inc., Hayden Z. Adams and Union Square Ventures, LLC*