UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated, : : : Plaintiff, : : -v.- : : UNIVERSAL NAVIGATION INC. d/b/a : UNISWAP LABS, HAYDEN Z. ADAMS, : PARADIGM OPERATIONS LP, AH CAPITAL : MANAGEMENT, L.L.C d/b/a ANDREESEN : HOROWITZ, and UNION SQUARE VENTURES, : LLC, : : Defendants. : | Case No: 1:22-cv-02780-KPF<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

---------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants Universal Navigation Inc., Hayden Z. Adams, and Union Square Ventures, LLC appear in the case captioned above by its counsel, Brandon Fetzer of Debevoise & Plimpton LLP. The undersigned respectfully requests notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated:     July 27, 2022
           New York, New York

By: */s/ Brandon Fetzer*
Brandon Fetzer
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York, 10022
Tel: (212) 909-6000
*bfetzer@debevoise.com*

*Attorney for Defendants Universal Navigation, Inc., Hayden Z. Adams and Union Square Ventures, LLC*