UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NESSA RISLEY, *individually and on behalf of all others similarly situated,*

                Plaintiff,

-v.-

UNIVERSAL NAVIGATION, d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, LLC, d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,

                Defendants.

22 Civ. 2780 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The conference regarding the unopposed motion to appoint lead plaintiffs and to approve their selection of co-lead counsel, currently scheduled for July 29, 2022, at 3:00 p.m., will instead take place via telephone conference on **July 29, 2022, at 12:00 p.m.** The dial-in information is as follows: At 12:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:00 p.m.

      SO ORDERED.

Dated:  July 27, 2022
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge