| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |  |

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-02780-KPF<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

The motion of Julia R. Miller for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of New York and that her contact information is as follows:

　　Applicant's Name: Julia R. Miller
　　Firm Name: Latham & Watkins LLP
　　Address: 1271 Avenue of the Americas
　　City/State/Zip: New York, NY 10020
　　Telephone: (212) 906-1200 Fax: (212) 751-4864

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant AH Capital Management, L.L.C. dba Andreessen Horowitz. in the above entitled action;

　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

```
The Clerk of Court is directed to terminate the pending motion
at docket number 34.
```

Dated:  July 28  , 2022

                                                                United States District Judge Katherine Polk Failla