UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                                    :

NESSA RISLEY, individually and on behalf of  :
all others similarly situated,  :
                                  :

                Plaintiff,  :

                      :

       v.  :      1:22-cv-02780-KPF
                      :

UNIVERSAL NAVIGATION INC. d/b/a  :
UNISWAP LABS, HAYDEN Z. ADAMS,  :
PARADIGM OPERATIONS LP, AH CAPITAL  :
MANAGEMENT, L.L.C. d/b/a ANDREESSEN  :
HOROWITZ, and UNION SQUARE  :
VENTURES, LLC,  :
                      :

              Defendants.
-------------------------------------------------------- X

### STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSE

WHEREAS, on April 4, 2022, Nessa Risley ("Plaintiff"), individually and on behalf of

all others similarly situated, filed a class action complaint against Universal Navigation Inc. d/b/a

Uniswap Labs, Hayden Z. Adams, Paradigm Operations LP, AH Capital Management, L.L.C.

d/b/a Andreessen Horowitz, and Union Square Ventures, LLC (collectively, "Defendants") in the

above-captioned case alleging violations of the Securities Act of 1933 and the Securities

Exchange Act of 1934;

WHEREAS, the action is subject to the Private Securities Litigation Reform Act of 1995

(the "PSLRA");

WHEREAS, the Court previously ordered the parties to confer and submit a proposed

schedule for the filing of a consolidated or amended complaint and Defendants' response thereto

within 15 days after a lead plaintiff has been appointed and lead counsel approved by the Court in accordance with the PSLRA (Dkt. No. 21);

WHEREAS, the Court entered an Order Appointing Lead Plaintiffs and Approving Selection of Co-Lead Counsel on July 29, 2022 (Dkt. No. 40);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

1.     Plaintiff shall file an amended complaint on or before September 26, 2022.

2.     Defendants shall move or otherwise respond to the amended complaint on or before October 26, 2022.

3.     To the extent any Defendant files a pre-motion letter in accordance with Rule 4.A of the Court's Individual Rules of Practice, any responsive correspondence from Lead Plaintiffs shall be filed on or before October 31, 2022.

4.     By entering into this stipulation, Defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
      August 15, 2022

/s/ James R. Serritella
KIM & SERRITELLA LLP
James R. Serritella (*jserritella@kandslaw.com*)
Aram M. Boghosian (*aboghosian@kandslaw.com*)
110 W. 40th Street, 10th Floor
New York, NY 10018
Telephone: (212) 951-1230

/s/ Christopher J. McNamara
BARTON LLP
Roger E. Barton (*rbarton@bartonesq.com*)
Christopher J. McNamara (*cmcnamara@bartonesq.com*)
Michael C. Ward (*mward@bartonesq.com*)
711 Third Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 687-6262

*Attorneys for Lead Plaintiffs*

Dated: New York, New York
      August 15, 2022

/s/ Maeve O'Connor
DEBEVOISE & PLIMPTON LLP
Maeve L. O'Connor (*moconnor@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000

*Attorneys for Defendants Universal Navigation, Inc.,
Hayden Z. Adams and Union Square Ventures, LLC*

Dated: New York, New York
      August 15, 2022

/s/ Benjamin A. Naftalis
LATHAM & WATKINS LLP
Susan E. Engel (*susan.engel@lw.com*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (212) 637-2200

Benjamin A. Naftalis (*benjamin.naftalis@lw.com*)
Douglas K. Yatter (*douglas.yatter@lw.com*)

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

*Attorneys for Defendant AH Capital Management, L.L.C.*

Dated: New York, New York
August 15, 2022

/s/ Alexander C. Drylewski
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Alexander C. Drylewski
(*alexander.drylewski@skadden.com*)
Tansy Woan (*tansy.woan@skadden.com*)
One Manhattan West
New York, NY 10001-8603
Telephone: (212) 735-2129

*Attorneys for Defendant Paradigm Operations LP*

SO ORDERED this _____ day of _____, 2022.

_____
THE HONORABLE KATHERINE POLK FAILLA
United States District Judge