UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>                Defendants. | No. 1:22-cv-2780-KPF<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant AH Capital Management, L.L.C., by and through its undersigned counsel, hereby certifies that no publicly-held company owns 10% or more of AH Capital Management, L.L.C.

| | |
|---|---|
| Dated: October 26, 2022<br>New York, New York | LATHAM & WATKINS LLP<br><br>/s/ Benjamin A. Naftalis<br>Benjamin A. Naftalis<br>Douglas K. Yatter<br>Julia R. Miller (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: benjamin.naftalis@lw.com<br>Email: douglas.yatter@lw.com<br>Email: julia.miller@lw.com<br><br>Susan E. Engel<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br><br>*Attorneys for Defendant AH Capital Management, L.L.C.* |