UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NESSA RISLEY, JAMES FREELAND, ROBERT )
SCOTT, ANNIE VENESKY, ANDREW CARDIS, ) Case No: 1:22-cv-02780-KPF
and DEAN MEYERS, individually and on behalf of )
all others similarly situated, )
 )
                *Plaintiffs*, ) **RULE 7.1 CORPORATE**
 ) **DISCLOSURE STATEMENT**
      -v.- )
 )
UNIVERSAL NAVIGATION INC. d/b/a )
UNISWAP LABS, UNISWAP FOUNDATION, )
HAYDEN Z. ADAMS, PARADIGM )
OPERATIONS LP, AH CAPITAL )
MANAGEMENT, L.L.C d/b/a ANDREESEN )
HOROWITZ, and UNION SQUARE VENTURES, )
LLC, )
 )
                *Defendants*. )
------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## UNIVERSAL NAVIGATION INC. D/B/A UNISWAP LABS

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Universal Navigation Inc. d/b/a/ Uniswap Labs ("Labs"), by and through its undersigned attorneys, Debevoise & Plimpton LLP, hereby certifies that:

1.    Labs has no parent corporation.

2. No publicly-held corporation owns 10% or more of Labs' stock.

Dated: October 26, 2022
New York, New York

<u>/s/ Elliot Greenfield</u>
Maeve O'Connor
Elliot Greenfield
Brandon Fetzer
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
E-Mail: mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com

*Attorneys for Defendant Universal Navigation Inc.*