UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C d/b/a ANDREESEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>*Defendants*. | Case No: 1:22-cv-02780-KPF<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**UNION SQUARE VENTURES, LLC**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Union Square Ventures, LLC ("USV"), by and through its undersigned attorneys, Debevoise & Plimpton LLP, hereby certifies that:

1. USV has no parent corporation.

2. No publicly-held corporation owns 10% or more of USV's stock.

Dated: October 26, 2022
New York, New York

*/s/ Elliot Greenfield*

Maeve O'Connor
Elliot Greenfield
Brandon Fetzer
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
E-Mail: mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com

*Attorneys for Defendant Union Square Ventures, LLC*