UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARAGIDM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | Case No. 22-cv-2780-KPF<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Uniswap Foundation, by and through its undersigned counsel, hereby makes the following disclosure: Uniswap Foundation has no parent company, and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, NY
       October 26, 2022

                                                 /s/ Jason Gottlieb
                                                MORRISON COHEN LLP

                                                Jason Gottlieb
                                                Michael Mix
                                                909 Third Avenue
                                                New York, NY  10022
                                                Telephone: 212-735-8600
                                                Facsimile:  212-735-8708

                                                *Attorneys for Defendant Uniswap Foundation*