UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>-v.-<br><br>UNIVERSAL NAVIGATION INC., *d/b/a* UNISWAP LABS and HAYDEN Z. ADAMS; PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, LLC, *d/b/a* ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC; and UNISWAP FOUNDATION,<br><br>Defendants. | 22 Civ. 2780 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on November 9, 2022, the parties are directed to comply with the following briefing schedule and page limits:

- Defendants' three separate motions to dismiss shall be due on **December 21, 2022**, and are to be no longer than 25 pages each.

- Plaintiffs' omnibus opposition brief shall be due on **February 6, 2023**, and is to be no longer than 65 pages.

- Defendants' reply briefs, if any, shall be due on **February 28, 2023**, and are to be no longer than 10 pages each.

SO ORDERED.

Dated:  November 9, 2022
        New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge