UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | Case No. 1:22-cv-02780-KPF<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Peter Trombly, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant AH Capital Management, L.L.C. in the above-captioned matter.

I am a member in good standing of the Bar of the Supreme Court of Virginia, and a certificate of good standing from the Supreme Court of Virginia is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: November 21, 2022

Respectfully Submitted,

**LATHAM & WATKINS LLP**

<u>/s/ Peter Trombly</u>
Peter Trombly*
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: peter.trombly@lw.com

**Admitted to practice in Virginia only.*

*Attorney for Defendant AH Capital Management, L.L.C.*