**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | Case No. 1:22-cv-02780-KPF<br><br>**DECLARATION OF PETER TROMBLY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Peter Trombly, declare as follows:

1.     I am an associate at the law firm of Latham & Watkins LLP, and I am counsel for Defendant AH Capital Management, L.L.C.

2.     I respectfully submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3.     I have been a member in good standing of the Bar of the Supreme Court of Virginia since December 4, 2019.

4.     I attach a Certificate of Good Standing from the Supreme Court of Virginia, which was issued within thirty days of this filing, as Exhibit A to my Motion to Admit Counsel *Pro Hac Vice*.

5.     I have never been convicted of a felony or been the subject of any criminal conviction.

6.      I have never been censured, suspended, disbarred, or denied admission or readmission by

any federal or state court in the United States.

7.      I have never been the subject of a disciplinary sanction, and there are no disciplinary

proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel

*pro hac vice* in this one case on behalf of Defendant AH Capital Management, L.L.C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2022

/s/ Peter Trombly
Peter Trombly