# EXHIBIT A

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Peter Andrew Trombly

was admitted to practice as an attorney and counsellor at the bar of this Court on December 4, 2019.

I further certify that so far as the records of this office are concerned, Peter Andrew Trombly is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 17th day of November
A.D. 2022

By: _Melinda Layman_
Deputy Clerk