UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | Case No. 1:22-cv-02780-KPF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL <u>*PRO HAC VICE*</u>** |

The motion of Peter Trombly for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the Supreme Court of Virginia and that his contact information is as follows:

Applicant's Name: <u>Peter Trombly</u>

Firm Name: <u>Latham & Watkins LLP</u>

Address: <u>1271 Avenue of the Americas</u>

City/State/Zip: <u>New York, NY 10020</u>

Telephone: <u>(212) 906-1200</u>

Fax: <u>(212) 751-4864</u>

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant AH Capital Management, L.L.C. in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2022

_____
United States District Judge Katherine Polk Failla