UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiffs,<br><br>    v.<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>                       Defendants. | Case No. 22 Civ. 2780 (KPF) |

**NOTICE OF MOTION TO DISMISS OF
<u>UNIVERSAL NAVIGATION INC. (d/b/a UNISWAP LABS) AND HAYDEN Z. ADAMS</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Brandon Fetzer, and the exhibits attached thereto, defendants Universal Navigation Inc. d/b/a/ Uniswap Labs and Hayden Z. Adams hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Amended Complaint with prejudice.

| | |
|---|---|
| Dated:    New York, New York<br>              December 21, 2022 | DEBEVOISE & PLIMPTON LLP<br><br><u>/s/ Elliot Greenfield</u><br>Maeve L. O'Connor<br>Elliot Greenfield<br>Brandon Fetzer<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br>*mloconnor@debevoise.com*<br>*egreenfield@debevoise.com*<br>*bfetzer@debevoise.com* |