UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, Individually and on Behalf of All Others Similarly Situated,

            Plaintiffs,

   v.

UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,

            Defendants.

Case No. 22 Civ. 2780 (KPF)

---

## **DECLARATION OF BRANDON FETZER**

I, Brandon Fetzer, hereby declare as follows:

    1.    I am an associate at the law firm of Debevoise & Plimpton LLP, counsel for Defendants Universal Navigation Inc. d/b/a/ Uniswap Labs ("Labs") and Hayden Z. Adams in the above-captioned action. I am a member of the bar of the State of New York and an attorney admitted to practice before the courts of the Southern District of New York. I submit this declaration in support of the motion of Labs and Mr. Adams to dismiss the Amended Complaint ("AC").

    2.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a whitepaper titled "Uniswap v2 Core," dated March 2020, available at https://uniswap.org/whitepaper.pdf, which is relied on by Plaintiffs in paragraphs 77, 81-83 and 91-92 of the AC.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a webpage titled "How Uniswap Works," available at https://docs.uniswap.org/contracts/v2/concepts/protocol-overview/how-uniswap-works, which is relied on by Plaintiffs in paragraphs 78, 86 and 89 of the AC.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a webpage titled "Pools," available at https://docs.uniswap.org/contracts/v2/concepts/core-concepts/pools, which is relied on by Plaintiffs in paragraphs 78-79 and 86 of the AC.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a series of tweets by Mr. Adams on July 24, 2021, available at https://twitter.com/haydenzadams/status/1418961999539712006, which is relied on by Plaintiffs in paragraph 97 of the AC.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of a webpage titled "Token access on app.uniswap.org," dated July 23, 2021, available at https://uniswap.org/blog/token-access-app, which is relied on by Plaintiffs in paragraph 190 of the AC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2022
New York, New York

/s/ Brandon Fetzer

Brandon Fetzer