# Exhibit 4



← Thread

**hayden.eth** 🦄 ✓
@haydenzadams

1/

Just a reminder:

Uniswap Protocol = fully decentralized  permissionless smart contracts on Ethereum

Uniswap Interface = open source GPL code base

app.uniswap.org = Uniswap Labs owned domain that points to an  IPFS hosted instance of the Uniswap Interface

11:51 AM · Jul 24, 2021

**214** Retweets    **64** Quote Tweets    **1,175** Likes

**hayden.eth** 🦄 ✓ @haydenzadams · Jul 24, 2021
Replying to @haydenzadams
2/

Now is a good time to learn the difference between an interface and a protocol and how decentralization works

Decentralization doesn't mean Uniswap Labs lets you do whatever you want on its website.

It means you don't need a single interface instance to access the protocol.

💬 12        🔁 25        ♡ 265

**hayden.eth** 🦄 ✓ @haydenzadams · Jul 24, 2021
3/

In fact majority of volume doesn't come through app.uniswap.org today.

This is due to a proliferation of on-chain integrations and alternative interfaces including:

Trading bots
Wallets
Interface forks (due to OSS interface)
Other interfaces
DEX Aggregators

💬 19        🔁 15        ♡ 211

**hayden.eth** 🦄 ✓ @haydenzadams · Jul 24, 2021
4/

IMO the Uniswap Protocol remains the most decentralized of the top defi protocols by a wide margin. Why:

Non-upgradable and permissionless smart contracts, w/ no admin keys or ability for UNI holders to steal underlying liquidity.

💬 23        🔁 27        ♡ 348