# Exhibit 5



Token access on app.uniswap.org

July 23, 2021

Uniswap Labs — a software development studio that contributes to the Uniswap Protocol — is proud to play a part in creating a better, more equitable financial system. One of Uniswap Labs' contributions is the portal it provides at app.uniswap.org — an open source interface — for reliable, trustworthy interaction with the Uniswap Protocol.

To continue to innovate and provide this tool for the Uniswap community, we monitor the evolving regulatory landscape. Today, consistent with actions taken by other DeFi interfaces, we have taken the decision to restrict access to certain tokens through app.uniswap.org. These tokens have always represented a very small portion of overall volume on the Uniswap Protocol — a full list is available [here](#).

Importantly, the Uniswap Protocol — unlike the interface — is a set of autonomous, decentralized, and immutable smart contracts. It provides unrestricted access to anyone with an Internet connection. Similarly, this action has no impact on the Uniswap Interface code, which remains open source, or the many other portals or locally run instances used to access the Uniswap Protocol.

Moving forward, we will continue to develop products and contribute to the Uniswap Protocol, in a way that is consistent with the broader DeFi industry's values — to provide safe, transparent, and robust financial infrastructure that can empower users around the world.

Ecosystem

Community

Governance

Developers

Blog

FAQ

Privacy Policy

Trademark Policy

Security

Media inquires for Uniswap Labs - Contact
media@uniswap.org

