# Exhibit 6

Home
Explore
Notifications
Messages
Bookmarks
Twitter Blue
Profile
More
Tweet

## Thread

**hayden.eth** 🦄
@haydenzadams

1/

I think it's worth briefly explaining the positive and mutually beneficial experience I've had working with @paradigm @a16z @usv and other investors.

I've seen a lot of negativity and propaganda so I think it's worth sharing my personal experience.

Quick thread:

8:00 PM · Feb 11, 2021

**93** Retweets **27** Quote Tweets **730** Likes

Tweet your reply Reply

**hayden.eth** 🦄 @haydenzadams · Feb 11, 2021
Replying to @haydenzadams
2/

First, our investors have been super supportive of my leadership.

Our team has consistently set strategy and called the shots from day one.

I've never felt for a second they want to exert control over the direction of our company.

1 5 120

**hayden.eth** 🦄 @haydenzadams · Feb 11, 2021
3/

In fact, when making important decisions, I've often felt reluctance from investors on weighing in too strongly.

Even when directly asked, the response is often that I have a better understanding of the project/situation and should trust my instinct.

1 4 122

**hayden.eth** 🦄 @haydenzadams · Feb 11, 2021
4/

They're happy to be exactly as involved as we want them to be and no more.

They're super smart, talented, and extremely busy people.

They *always* make time for us when we ask but if we're heads down working hard they have no issues with giving us space.

2 4 109

**hayden.eth** 🦄 @haydenzadams · Feb 11, 2021
5/

I feel quite bad for projects with investors where this is not the case..... but

Search Twitter

### Relevant people

**hayden.eth** 🦄
@haydenzadams
Inventor of the @Ur

**Paradigm**
@paradigm
A crypto/Web3 inve

**a16z**
@a16z
we invest in softwa
a16z.com/portfolio,
a16z.com/podcasts

### What's happening

NBA · Last night
**Pelicans at Jazz**

Trending in United States
**Matthew Lillard**
Trending with Josh Hutcherson,

Music · Trending
**Ticketmaster**
28.3K Tweets

News · Trending
**Dan Rather**
7,625 Tweets

Trending in United States
**#16December**
18.8K Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Twitter Blue
Profile
More
Tweet

most importantly:

our investors have been *incredibly* value additive.

1 2 107

**hayden.eth** 🦄 @haydenzadams · Feb 11, 2021
6/

Advising, sourcing candidates, conducting interviews, making introductions, writing smart contracts, writing whitepapers, reading/explaining other peoples papers/smart contracts, historical analytics, letting me sleep on their couch, proof reading blogposts, insider info...

1 5 140

**hayden.eth** 🦄 @haydenzadams · Feb 11, 2021
7/

... content creation, breakthrough Uniswap-related math research, playing HALO 3, educating regulators and institutions, product design feedback, and a whole lot more...

Not to mention providing millions in funding during the depths of a bear market.

6 5 135

**hayden.eth** 🦄 @haydenzadams · Feb 11, 2021
8/

Is the venture capital model perfect? No

Can it be improved upon w/ crypto native models? Yes

But I can honestly say we would not be be where we are today without our investors.

1 9 151

**hayden.eth** 🦄 @haydenzadams · Feb 11, 2021
9/

What we've built has been w/ their consistent support and help

If we deserve a share of it, so do they

So if someone tells you our VCs are purely extractive or that my actions are dictated by them (lol), feel free to link them to this thread. That has not been my experience

7 6 216

**Rage against the EVMachine**⚛️(💙,🧡) ⛩️ @petarlfc · Feb 11, 2021
Replying to @haydenzadams @sassal0x and 3 others
How much your investors are in profit? 10x? 100x? 500x? VC sales are always the worst way to go. Imagine following closely your favorite project, and the only way to buy is when the VCs are 100x dumping on your head.

6 1 12

**Crow Bar (⌐🔴-🔴)**✨ @Crow_dude_ · Feb 11, 2021
Replying to @petarlfc @haydenzadams and 4 others
Or if you used the product you got vc airdrop?

1 1

**La_Vie_N_Krypto** @kryptonikus · Feb 11, 2021
Replying to @haydenzadams @paradigm and 2 others
Don't worry bud, you cool🤗🤗🤗👊

Search Twitter

## Relevant people

**hayden.eth** 🦄
@haydenzadams
Inventor of the @U

**Paradigm**
@paradigm
A crypto/Web3 inv

**a16z**
@a16z
we invest in softwa
a16z.com/portfolio,
a16z.com/podcasts

## What's happening

NBA · Last night
**Pelicans at Jazz**

Trending in United States
**Matthew Lillard**
Trending with Josh Hutcherson,

Music · Trending
**Ticketmaster**
28.3K Tweets

News · Trending
**Dan Rather**
7,625 Tweets

Trending in United States
**#16December**
18.8K Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.




