UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>      Defendants. | 22-cv-2780-KPF<br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Uniswap Foundation in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
    December 21, 2022

                MORRISON COHEN LLP

             By:  */s/ Vani Upadhyaya*
                Vani Upadhyaya
                909 Third Avenue
                New York, New York 10022
                (212) 735-8600
                vupadhyaya@morrisoncohen.com

             *Attorneys for Defendant Uniswap Foundation*