UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    -against-<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC.,<br><br>    Defendants. | Case No.1:22-cv-2780-KPF<br><br>**NOTICE OF MOTION TO DISMISS** |

  **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant Uniswap Foundation, will move this Court, before the Honorable Katherine P. Failla, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 618, New York, New York 10007, at such date as the Court will determine, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the First Amended Complaint filed by Plaintiffs Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers, dated September 27, 2022 (ECF No. 46), and for such other further relief this Court may deem just and proper.

Dated: New York, New York
December 21, 2022

                                      MORRISON COHEN LLP

                                  By:   /s/ *Jason Gottlieb*
                                           Jason Gottlieb
                                           Michael Mix
                                           Vani Upadhyaya
                                           909 Third Avenue
                                           New York, New York 10022
                                           (212) 735-8600

                                           *Attorneys for Defendant*
                                           *Uniswap Foundation*