UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, DEAN MEYERS, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br><br>  -v.-<br><br>UNIVERSAL NAVIGATION INC., d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C., d/b/a ANDREESSEN HOROWITZ, UNION SQUARE VENTURES, LLC, and UNISWAP FOUNDATION,<br><br>      Defendants. | 22 Civ. 2780 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Defendants AH Capital Management, L.L.C., Paradigm Operations LP, and Union Square Ventures, LLC (the "VC Defendants")'s request for oral argument concerning the VC Defendants' Motion to Dismiss. If the Court determines that oral argument would be useful, it will promptly reach out to the parties.

  SO ORDERED.

Dated: December 22, 2022
    New York, New York

                     *[signature]*
                     KATHERINE POLK FAILLA
                     United States District Judge