UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>           Defendants. | Case No. 22 Civ. 2780 (KPF) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

>Debevoise & Plimpton LLP
>66 Hudson Boulevard
>New York, New York 10001
>(212) 909-6000

Please direct any hard copy service to us at our new address.

| | |
|---|---|
| Dated:   New York, New York<br>           January 17, 2023 | DEBEVOISE & PLIMPTON LLP<br><br>/s/ *Brandon Fetzer*<br>Maeve L. O'Connor<br>Elliot Greenfield<br>Brandon Fetzer<br>66 Hudson Boulevard<br>New York, New York 10001<br>(212) 909-6000<br>*mloconnor@debevoise.com* |

*egreenfield@debevoise.com*
*bfetzer@debevoise.com*

*Attorneys for Defendants Universal Navigation Inc. d/b.a. Uniswap Labs, Hayden Z. Adams, and Union Square Ventures, LLC*