UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | No. 1:22-cv-2780-KPF |

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned is appearing in the above-captioned action on behalf of Plaintiffs Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers.

Dated: New York, New York
        January 18, 2023

Respectfully submitted,

KIM & SERRITELLA LLP

By: */s/ Claudio Simpkins*
Charles Claudio Simpkins
110 W. 40th Street, 10th Floor
New York, NY 10018
T - (212) 951-1230
csimpkins@kandslaw.com

*Attorneys for Plaintiffs Ness Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers*