**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    *Plaintiffs*,<br>     -against-<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>                    *Defendants*. | **Case No. 22 Civ. 2780 (KPF)** |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Justin Stone hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned proceeding. The affidavit, certificate of good standing, and proposed order required pursuant to Local Rule 1.3 are submitted as exhibits herewith.

**Dated:**  New York, New York
         January 31, 2023

**KIM & SERRITELLA LLP**

**By:**  /s/ Justin Stone
       Justin Stone
       110 W. 40th Street, 10th Floor
       New York, NY 10018
       (212) 287-7148
       jstone@kandslaw.com