UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, Individually and on Behalf of All Others Similarly Situated,<br><br>      *Plaintiffs*,<br><br>     -against-<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>      *Defendants*. | Case No. 22 Civ. 2780 (KPF) |

**DECLARATION OF JUSTIN STONE IN SUPPORT OF**
**MOTION TO APPEAR PRO HAC VICE**

  JUSTIN STONE hereby declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

  1. I am an attorney with Kim & Serritella LLP, the firm that represents Plaintiff in the above-captioned action.

  2. I submit this affidavit in support of my motion to be admitted to this Court pro hac vice.

  3. I am an active member in good standing of the bar of the State of Wisconsin. A copy of a Certificate of Good Standing attesting thereto is submitted herewith.

  4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. Accordingly, I hereby respectfully request that my motion for admission pro hac vice be granted.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2023

/s/ Justin Stone
Justin Stone