UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, Individually and on Behalf of All Others Similarly Situated,<br><br>      *Plaintiffs*,<br><br>-against-<br><br>UNIVERSAL NAVIGATION INC. d/b/a UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C d/b/a ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>      *Defendants*. | Case No. 22 Civ. 2780 (KPF)<br><br>ORDER FOR ADMISSION PRO HAC VICE |

  The motion of Justin Stone for admission to practice *pro hac vice* in the above-captioned action is granted.

  Applicant has declared that he is a member of good standing of the bar of the state of Wisconsin; and that his contact information is as follows

  **Applicant's Name:**  Justin Stone

  **Firm Name:**  Kim & Serritella LLP

  **Address:**  110 W. 40th Street, 10th Floor

  **City/State/Zip:**  New York, NY 10018

  **Telephone:**  212-287-7148

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
United States District Judge