UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | Case No. 1:22-cv-2780-KPF<br><br>Honorable Katherine Polk Failla |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the declaration submitted herewith, the undersigned counsel, pursuant to Local Rule 1.4, respectfully moves the Court for an order withdrawing Aram M. Boghosian as counsel for Plaintiffs in this action.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel further requests that Mr. Boghosian, who has departed Kim & Serritella LLP, be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

| | |
|---|---|
| Dated: January 31, 2023<br>New York, New York | KIM & SERRITELLA LLP<br><br>By:   /s/ James R. Serritella<br>James R. Serritella<br>110 W. 40th Street, 10th Floor<br>New York, NY 10018<br>212-960-8345<br>jserritella@kandslaw.com<br><br>*Attorneys for Plaintiffs* |