UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | No. 1:22-cv-02780-KPF<br><br>Honorable Katherine Polk Failla |

## DECLARATION OF JAMES R. SERRITELLA

James R. Serritella hereby declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner of Kim & Serritella LLP ("K&S"), the firm that represents Plaintiffs in the above-captioned action. I submit this declaration in support of the motion to withdraw Aram M. Boghosian, a former associate of K&S, from this action.

2. Mr. Boghosian departed K&S in December 2022, and is no longer affiliated with this firm or otherwise authorized to represent Plaintiffs in this proceeding.

3. His departure from K&S has not caused any delay to the proceedings or prejudice to any party, and his withdrawal from this matter similarly will not cause any foreseeable delay or prejudice.

4. Plaintiffs are and will continue to be represented by attorneys from K&S and Barton LLP.

5.      Accordingly, Plaintiffs respectfully request that the motion be granted.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   New York, New York
         January 31, 2023

/s/ James R. Serritella<br>James R. Serritella