UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | No. 1:22-cv-02780-KPF<br><br>Honorable Katherine Polk Failla |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Aram M. Boghosian to withdraw as counsel of record in the above-captioned case;

And it appearing to the Court that satisfactory reasons for the same have been provided and the relief requested is appropriate;

IT IS HEREBY ORDERED that Aram M. Boghosian is withdrawn as counsel of record in this action and that such withdrawal is effective immediately; and

IT IS FURTHER ORDERED that Aram M. Boghosian be removed from all service lists for these proceedings, including the CM/ECF electronic notification list.

Dated: _____          _____
                                                                                       KATHERINE POLK FAILLA
                                                                                       United States District Judge