UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESSA RISLEY, JAMES FREELAND, ROBERT
SCOTT, ANNIE VENESKY, ANDREW CARDIS,
and DEAN MEYERS, individually
and on behalf of all others similarly situated,

               Plaintiffs,

   v.

UNIVERSAL NAVIGATION INC. dba UNISWAP
LABS, UNISWAP FOUNDATION, HAYDEN Z.
ADAMS, PARADIGM OPERATIONS LP, AH
CAPITAL MANAGEMENT, L.L.C. dba
ANDREESSEN HOROWITZ, and UNION SQUARE
VENTURES, LLC,

               Defendants.

No. 1:22-cv-02780-KPF

Honorable Katherine Polk Failla

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for

Aram M. Boghosian to withdraw as counsel of record in the above-captioned case;

And it appearing to the Court that satisfactory reasons for the same have been provided

and the relief requested is appropriate;

IT IS HEREBY ORDERED that Aram M. Boghosian is withdrawn as counsel of record in

this action and that such withdrawal is effective immediately; and

IT IS FURTHER ORDERED that Aram M. Boghosian be removed from all service lists

for these proceedings, including the CM/ECF electronic notification list.

Dated:  February 2, 2023
        New York, New York

                                  KATHERINE POLK FAILLA
                                  United States District Judge

The Court wishes Mr. Boghosian luck in his career.  The Clerk of
Court is directed to terminate Mr. Boghosian from this docket and
terminate the pending motion at docket number 79.