UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>      Defendants. | No. 1:22-cv-02780-KPF<br><br>Honorable Katherine Polk Failla |

## DECLARATION OF JAMES R. SERRITELLA

James R. Serritella, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner at Kim & Serritella LLP ("K&S"). I am admitted to the bar of the State of New York, admitted to practice before this Court, and am in good standing.

2. I respectfully submit this declaration in opposition to the motions, by Defendants, to dismiss the Plaintiffs' First Amended Complaint ("FAC"). The documents attached hereto are all true and correct copies.

3. A copy of the "Uniswap Help Center" post named, "How to Swap Tokens" is attached hereto as **Exhibit A** and was obtained from Defendant Uniswap's website

4. A screenshot of the Auto Router third-party API is attached hereto as **Exhibit B** and was obtained from Uniswap's website.

5. A copy of the article, "A Legal Framework for Decentralized Autonomous Organizations" is attached hereto as **Exhibit C** and was obtained from Defendant AH Capital

Management, L.L.C. dba Andreessen Horowitz's website; relevant portions thereof have been highlighted.

6. A copy of the article, "Analyzing Voting Power in Decentralized Governance: Who Controls DAOs?" is attached hereto as **Exhibit D** and referenced in the FAC at ¶¶ 143-147.

7. A copy of the v3 Core Use License is attached hereto as **Exhibit E**, is referenced in the FAC at ¶¶ 121 and 164, and was obtained from Defendant Uniswap's website.

8. A copy of the post, "Introducing Permit2 & Universal Router" is attached hereto as **Exhibit F** and was obtained from Defendant Uniswap's website.

9. A copy of the article, "Report: 97.7% of tokens launched on Uniswap are rug pulls" is attached hereto as **Exhibit G** and was obtained from: https://www.cryptopolitan.com/uniswap-accounts-for-97-7-of-token-rug-pulls/ (last accessed February 6, 2023).

10. A copy of the article reporting SEC Chairman Gensler's September 2021 comments "DeFi" is attached hereto as **Exhibit H**, referenced in the FAC at ¶ 98, n. 8, and was obtained from: https://www.wsj.com/articles/cryptos-defi-projects-arent-immune-to-regulation-secs-gensler-says-11629365401# (last accessed February 6, 2023).

11. A copy of the v1 Whitepaper is attached hereto as **Exhibit I** and was obtained from a link on Defendant Uniswap's website.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated:  New York, New York
        February 6, 2023

                                                          /s/ James R. Serritella
                                                          James R. Serritella