# Exhibit A

**UNISWAP HELP CENTER**

Articles in this section ⌄

Uniswap Labs  /  Swapping Tokens  /  Swapping Tokens

# How to Swap Tokens

## 1. Select Tokens

Select the tokens you wish to swap.



Select the '**Select a token**' icon and browse the list to find your token. You can also search by token name or token contract address.



## 2. Enter amount you would like to send or receive



Enter the amount that you wish to swap. You can enter either your desired input amount or output amount.

## 3. Approve the Uniswap Auto Router to swap your token

If this is your wallet's **first time trading this token** with the Uniswap protocol, you need to **approve the token first**. Read about Approval Transactions here.

## 4. Review and Confirm your swap

Select the '**Swap**' button to view a preview of your swap.



Updated 2 months ago

Was this article helpful?   Yes  /  No

