UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,

                    Lead Plaintiffs,

      -against-                                       22 **CIVIL** 2780 (KPF)

                                                        **JUDGMENT**

UNIVERSAL NAVIGATION INC., d/b/a Uniswap Labs, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C., d/b/a Andreessen Horowitz, UNION SQUARE VENTURES, LLC, and UNISWAP FOUNDATION,

                    Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2023, Defendants' motions to dismiss are GRANTED. In particular, the Court has dismissed Plaintiffs' federal claims with prejudice, and dismissed Plaintiffs' state-law claims without prejudice to their refiling in state court. Because the Court has dismissed the action, it has declined to certify the class; accordingly, the case is closed.

**Dated:** New York, New York

      August 30, 2023

                                                    **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**

                    **BY:**                   *K. Mango*

                                                       _____
                                                          **Deputy Clerk**