UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS, UNISWAP FOUNDATION, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C. dba ANDREESSEN HOROWITZ, and UNION SQUARE VENTURES, LLC,<br><br>Defendants. | Case No. 1:22-cv-2780-KPF<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's Order (Dkt. No. 90) granting Defendants' motions to dismiss, entered on August 30, 2023 and from the Judgment (Dkt. No. 91), entered on August 30, 2023.  This appeal is taken from each and every part of the Order and Judgment.

| | |
|---|---|
| Dated: New York, New York<br>September 27, 2023 | KIM & SERRITELLA LLP<br><br>By: /s/ James R. Serritella<br>James R. Serritella<br>110 W. 40th Street, 10th Floor<br>New York, NY 10018<br>(212) 960-8345<br>jserritella@kandslaw.com<br><br>*Attorneys for Plaintiffs* |