UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NESSA RISLEY, JAMES FREELAND, ROBERT
SCOTT, ANNIE VENESKY, ANDREW CARDIS,
and DEAN MEYERS, individually
and on behalf of all others similarly situated,

               Plaintiffs,

      v.

UNIVERSAL NAVIGATION INC. dba UNISWAP
LABS, UNISWAP FOUNDATION, HAYDEN Z.
ADAMS, PARADIGM OPERATIONS LP, AH
CAPITAL MANAGEMENT, L.L.C. dba
ANDREESSEN HOROWITZ, and UNION
SQUARE VENTURES, LLC,

               Defendants.

Case No. 1:22-cv-2780-KPF

**NOTICE OF APPEAL**

---

Notice is hereby given that Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's Order (Dkt. No. 90) granting Defendants' motions to dismiss, entered on August 30, 2023 and from the Judgment (Dkt. No. 91), entered on August 30, 2023.  This appeal is taken from each and every part of the Order and Judgment.

Dated: New York, New York
       September 27, 2023

KIM & SERRITELLA LLP

By:  /s/ James R. Serritella
     James R. Serritella
     110 W. 40th Street, 10th Floor
     New York, NY 10018
     (212) 960-8345
     jserritella@kandslaw.com

     *Attorneys for Plaintiffs*