UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, DEAN MEYERS, *individually and on behalf of all others similarly situated*,<br><br>                                        Plaintiffs,<br><br>                -v.-<br><br>UNIVERSAL NAVIGATION INC., d/b/a UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C., d/b/a ANDREESSEN HOROWITZ, UNION SQUARE VENTURES, LLC, and UNISWAP FOUNDATION,<br><br>                                        Defendants. | 22 Civ. 2780 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 26, 2025, the Second Circuit affirmed in part and vacated and remanded in part this Court's August 30, 2023 judgment. (*See* Dkt. #94). Accordingly, the Court hereby ORDERS the parties to file a joint letter outlining their proposed next steps in this action on or before **March 13, 2025**.

SO ORDERED.

Dated:   February 27, 2025
         New York, New York

                                                *Katherine Polk Failla*
                                        _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge