Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

March 28, 2025

MEMO ENDORSED

By ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re: Risley et al. v. Universal Navigation Inc. et al.*, No. 22 Civ. 2780.

Dear Judge Failla:

We write on behalf of defendants Universal Navigation Inc. (d/b/a Uniswap Labs) and Hayden Z. Adams to request a one-week adjournment of the pre-motion conference scheduled for April 3, 2025 to April 10, 2025. (Dkt. No. 102.) Counsel for Uniswap Labs and Mr. Adams is unavailable on April 3, 2025. There have been no previous requests for adjournment of this conference. Plaintiffs consent to this request.

The other named defendants, AH Capital Management, L.L.C., Paradigm Operations LP, Union Square Ventures, LLC, and Uniswap Foundation, have been voluntarily dismissed. (Dkt. No. 105.)

Respectfully submitted,

/s/ Elliot Greenfield

---

Application GRANTED. The pre-motion conference currently scheduled for April 3, 2025, is hereby ADJOURNED to **April 10, 2025,** at **2:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 106.

Dated:    March 31, 2025
          New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE