UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESSA RISLEY, JAMES FREELAND, ROBERT SCOTT, ANDREW CARDIS, and DEAN MEYERS, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>UNIVERSAL NAVIGATION INC. dba UNISWAP LABS and HAYDEN Z. ADAMS,<br><br>             Defendants. | No. 1:22-cv-2780-KPF |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM**

PLEASE TAKE NOTICE THAT, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Universal Navigation, Inc., dba Uniswap Labs, and Hayden Z. Adams respectfully move this Court to dismiss with prejudice Plaintiffs' Second Amended Class Action Complaint (ECF No. 114) on the grounds that the Complaint fails to state any actionable claims against Defendants. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

Dated:  New York, NY
        June 13, 2025

Respectfully submitted,

*/s/ Noah A. Levine*
Noah A. Levine
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8875
noah.levine@wilmerhale.com

Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
egreenfield@debevoise.com

*Attorneys for Defendants Universal
Navigation Inc. (dba Uniswap Labs) and
Hayden Z. Adams*