UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NESSA RISLEY, JAMES FREELAND, ROBERT
SCOTT, ANDREW CARDIS, and DEAN
MEYERS, individually and on behalf of all others
similarly situated,

               Plaintiffs,

     v.

UNIVERSAL NAVIGATION INC. dba UNISWAP
LABS and HAYDEN Z. ADAMS,

               Defendants.

---

No. 1:22-cv-2780-KPF

Honorable Katherine Polk Failla

**DECLARATION OF JAMES R. SERRITELLA**

I, James R. Serritella, declare as follows:

1. I am a partner at Kim & Serritella LLP and I respectfully submit this declaration in support of Plaintiffs' opposition to Defendants' motion to dismiss Plaintiffs' Second Amended Complaint ("SAC"). The documents attached hereto are all true and correct copies.

2. Attached hereto as **Exhibit 1** is a copy of the Uniswap Whitepaper (v1), which is referenced in the SAC.

3. Attached hereto as **Exhibit 2** is a copy of the transcript of the Court conference held on April 10, 2025.

4. Attached hereto as **Exhibit 3** is a copy of Defendant Uniswap's Form D, Notice of Exempt Offering of Securities, dated April 29, 2019, which can be obtained through the

United States Securities and Exchange Commission's EDGAR website through the following

link: https://www.sec.gov/edgar/browse/?CIK=1775180.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and that the following is

true and correct to the best of my knowledge.

Dated:  New York, New York                                    /s/ James R. Serritella
            July 11, 2025                                              James R. Serritella