**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NESSA RISLEY, JAMES FREELAND, ROBERT
SCOTT, ANDREW CARDIS, and DEAN
MEYERS, individually and on behalf of all others
similarly situated,

                         Plaintiffs,

        -against-                                  22 **CIVIL** 2780 (KPF)

                                              **<u>JUDGMENT</u>**

UNIVERSAL NAVIGATION INC., doing business
as UNISWAP LABS, and HAYDEN Z. ADAMS,

                         Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 2, 2026, Defendants' motion to dismiss is GRANTED. The Court dismisses each of Plaintiffs' claims with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 5, 2026

                                    **TAMMI M. HELLWIG**

                                    **Clerk of Court**

            **BY:**                 *K. mango*

                                    **Deputy Clerk**